THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAIRCOM DE MEXICO, S.A. DE C.V., a Mexican corporation,<br><br>         Plaintiff,<br><br> v.<br><br>AT&T WIRELESS SERVICES, INC. (n/k/a NEW CINGULAR WIRELESS SERVICES, INC.),<br><br>         Defendant. | No. 2:05-CV-01045-JCC<br><br>**FRCP 7.1(a) DISCLOSURE STATEMENT OF CLAIRCOM DE MEXICO, S.A. DE C.V.** |

COMES NOW plaintiff, CLAIRCOM DE MEXICO, S.A. DE C.V., by and through its attorneys, and makes the following disclosure pursuant to Fed. R. Civ. P. 7.1(a):

Plaintiff, CLAIRCOM DE MEXICO, S.A. DE C.V. is a privately held Mexican corporation; has no parent corporation; and, none of its stock is held by any publicly held corporation.

DATED this 6th day of July, 2005.

             LANE POWELL PC

             By /s/John S. Devlin
              John S. Devlin III, WSBA No. 23988
             Attorney for Plaintiff
             1420 Fifth Avenue, Suite 4100
             Seattle, WA 98101
             Tel: (206) 223-7000
             Fax: (206) 223-7100
             devlinj@lanepowell.com

**FRCP 7.1(a) DISCLOSURE STATEMENT OF CLAIRCOM DE MEXICO, S.A. DE C.V. - 1**

Case No. 2:05-CV-01045-JCC
119990.0001/1214181.1

**LANE POWELL PC**
1420 5TH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2005, I caused the foregoing **FRCP 7.1(a) DISCLOSURE STATEMENT OF CLAIRCOM DE MEXICO, S.A. DE C.V.** to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Scott A.W. Johnson
scott.johnson@stokeslaw.com

☐ mailed by first class United States mail, postage prepaid, to the following non-CM/ECF participants:

☐ hand delivered to the following non-CM/ECF participants:

☐ e-mailed and mailed by first class United States mail, postage prepaid, to the following non-CM/ECF participants:

☐ faxed and mailed by first class United States mail, postage prepaid, to the following non-CM/ECF participants:

/s/Leah Burrus
Leah Burrus

**FRCP 7.1(a) DISCLOSURE STATEMENT OF CLAIRCOM DE MEXICO, S.A. DE C.V. - 2**

Case No. 2:05-CV-01045-JCC
119990.0001/1214181.1

**LANE POWELL PC**
1420 5TH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000