UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAIRCOM DE MEXICO, a Mexican Corporation, CONTROTITULOS, S.A. DE C.V., a Mexican Corporation, and GLOBALCOM, S.A. DE C.V., a Mexican Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T WIRELESS SERVICES, INC. (n/k/a NEW CINGULAR WIRELESS SERVICES, INC.),<br><br>Defendants. | CASE NO. C05-1045 JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant New Cingular Wireless Services, Inc.'s Motion for Continuance of Plaintiffs' Motion for Partial Summary Judgment (Dkt. No. 31). Plaintiffs' Motion for Partial Summary Judgment (Dkt. No. 27) is currently noted on the Court's Motions Calendar for May 12, 2006. Defendant has indicated Plaintiffs' lack of agreement to continuing the Court's consideration of such motion and the briefing schedule.

Defendant's motion to continue the noting date is hereby DENIED. Defendant will not be

MINUTE ORDER – 1

1  granted an extension of its Opposition due date without a stipulation from Plaintiffs.

2  DATED this 5th day of May, 2006.

3  BRUCE RIFKIN, Clerk of Court

5  By  /s/ C. Ledesma
    Deputy Clerk

26  MINUTE ORDER – 2