UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAIRCOM DE MEXICO, a Mexican corporation, CONTROTITULOS, S.A. DE C.V., a Mexican Corporation, and GLOBALCOM, S.A. DE C.V., a Mexican Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>AT&T WIRELESS SERVICES, INC. (n/k/a NEW CINGULAR WIRELESS SERVICES, INC.),<br><br>            Defendant. | Case No.: CV05-1045 JLR<br><br>DECLARATION OF SCOTT A.W. JOHNSON IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT |

SCOTT A.W. JOHNSON declares under the penalty of perjury as follows:

1.    I am an attorney of record for New Cingular Wireless Services, Inc., the Defendant in the above-captioned action, and base this declaration on personal knowledge.

2.    On March 3, 2004, the Mexican Shareholders first wrote to AWS requesting Claircom Communication Group, Inc.'s ("CCG") "annual" financial statements. They said nothing about the Network Contribution Fees or any of the other defaults that they now allege. Attached hereto as Exhibit A is a copy of the March 3, 2004 letter from Plaintiffs' counsel.

3.    Within sixteen days, on March 19, Defendant provided Plaintiffs' counsel all the financial documents it had for CCG, which included audited financial statements from 1995

DECLARATION OF SCOTT A.W. JOHNSON IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT - CV05-1045 JLR

34001-429 \ 221397.doc

-1-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

through 2000, CCG's "draft" and "unaudited" Consolidated Balance Sheets for December 31, 1999 through December 31, 2000, monthly financial reports for the months January 1997 through November 1997, January 1998 through July 1998 and September 1998 through December 1998, February 1999 through December 1999, and all monthly reports from January 2000 to September 2002.

4.     Over a year later, on May 6, 2005, Plaintiffs' counsel wrote again, this time claiming a default for CCG's failure to pay $405,850 in NCF payments. This was the first notice of CCG's failure to pay NCF payments. The notice also claimed for the first time that CCG failed to provide "audited" financial statements. Attached hereto as Exhibit B is a copy of the May 6, 2005 letter from Plaintiffs' counsel.

5.    This lawsuit was filed June 8, 2005. On July 7, 2005, Defendant forwarded to Plaintiffs documentation of all wire transfers proving that all of the NCF payments had been wired to the Mexican Shareholders, except apparently the payment for the third quarter of 2002, in the amount of $1,644. Only after this lawsuit was commenced did Defendant discover that CCG inadvertently had not paid the $1,644 NCF for the third quarter of 2002. Attached hereto as Exhibit C is a copy of the wire transfers provided to Plaintiffs' counsel.

6.    Not until Plaintiffs filed the first amended complaint did they give written notice clarifying that the only unpaid NCF was for the third quarter 2002 in the amount of $1,644.

7.    In the Second Amended Complaint, CdM and the Mexican Shareholders assert several new breaches. With the exception of the financial statements and NCF, Plaintiffs did not give CCG any other notice of default or opportunity to cure.

8.     While the parties have exchanged documents, no depositions have yet been taken. Among the discovery that is contemplated and necessary to determine the enforceability and application of the liquidated damages provision are:

     a.     John Rogers is the lawyer who represented the Mexican Shareholders and who drafted the liquidated damages provision. Mr. Rogers lives in Mexico City, Mexico. Defendant seeks the deposition of Mr. Rogers regarding the JVOA and the liquidated

DECLARATION OF SCOTT A.W. JOHNSON IN SUPPORT OF
DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT - CV05-1045 JLR
34001-429 \ 221397.doc                                    -2-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

damages provision that he drafted. A number of documents indicate that Mr. Rogers drafted the liquidated damages provisions. See e.g., Exhibit D attached hereto.

b.      Benito Ohara is one of the Mexican Shareholders, who lives in Mexico City, Mexico. Defendant seeks Mr. Ohara's deposition to find out which former CCG employees he attempted to contact, when, and the content of the discussions, if any, to determine *if* he contacted CCG or what information, if any, *was* provided to the Mexican Shareholders about CCG's decommissioning of the NATS. Likewise, Defendant wants Mr. Ohara's deposition to determine how the SCT license has been jeopardized, if at all, CCG's performance under the JVOA, his reliance on audited versus unaudited financials and his knowledge of the status of operations over the relevant time period.

c.      David Williamson was a lawyer representing CCG in the JVOA. Despite efforts to contact him, I have not yet discussed these issues with him.

d.      Keith Grinstein is the former CEO of CCG at the time of the JVOA. I have attempted to contact Mr. Grinstein to determine what knowledge he has about the JVOA and specifically the liquidated damages provision.

e.      Chuck Aest is the former CFO of CCG. He is familiar with the NCF, CBR and ECR payments made to Plaintiffs. Mr. Aest will testify regarding CCG's performance of its obligations under the JVOA, which may implicate the enforceability of the liquidated damages provision.

f.      Chris Nelson is the former COO of CCG and is familiar with the circumstance surrounding CCG's eventual decommissioning of the NATS network, which may implicate the enforceability and application of the liquidated damages provision.

9.      Discovery of these witnesses' understanding of the liquidated damages provision at the time it was drafted is essential to determining whether the liquidated damages provision is a penalty.

DECLARATION OF SCOTT A.W. JOHNSON IN SUPPORT OF
DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT - CV05-1045 JLR
34001-429 \ 221397.doc      -3-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

10.     Defendant's discovery is made more difficult in this case by the fact that only one potential witness who had any involvement in the events remains employed by the successor company Cingular.

11.     CdM has admitted in written discovery that the SCT license has not been terminated. Attached hereto as Exhibit E is CdM's response to Defendant's discovery requests in which CdM admits that the SCT License has not been terminated by the Mexican Ministry of Communications and Transport (the *Secretaria de Communicaciones y Transportes*).

**I declare under penalty of perjury under the laws of the United States of America and of the State of Washington that the foregoing is true and correct.**

EXECUTE at Seattle, Washington, this __8th__ day of May 2006.

_____
Scott A. W. Johnson (WSBA #15543)

DECLARATION OF SCOTT A.W. JOHNSON IN SUPPORT OF
DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT - CV05-1045 JLR
34001-429 \ 221397.doc                          -4-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1

2

3

4

5

6

7

8

9

10

11

12

13

14              Exhibit A

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF SCOTT A.W. JOHNSON IN SUPPORT OF
DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT - CV05-1045 JLR
34001-429 \ 221397.doc

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

LANE
POWELL
SPEARS
LUBERSKY
LLP

March 3, 2004

John S. Devlin III
206-223-6280
devlinj@lanepowell.com

<u>VIA FACSIMILE / ORIGINAL by US MAIL</u>

Mr. John D. Zeglis
Chairman and CEO
AT&T Wireless Services, Inc.
Headquarters
P.O. Box 97061
Redmond, WA 98073

RECEIVED
MAR - 9 2004

Law Offices

A Limited
Liability
Partnership
Including
Professional
Corporations

1420 Fifth Ave.
Suite 4100
Seattle, WA
98101-2338

206.223.7000

Facsimile:
206.223.7107

Website:
www.lanepowell.com

Re:     <u>Claircom de Mexico</u> – Joint Venture Operation Agreement, dated July 14, 1995

Dear Mr. Zeglis:

We represent Claircom de Mexico ("CDM") and its Mexican shareholders regarding their rights in a Joint Venture Operation Agreement, dated as of July 14, 1995, by and between Claircom Communications Group, Inc. ("CCG"), among others, and CDM ("the Agreement"). We are informed that ATT Wireless is the successor to CCG's interests and obligations under the Agreement, which does not expire until December 31, 2009.

In any event, we are informed that, among other things, ATT Wireless has failed to provide its annual financial statements as required by the Agreement, and has jeopardized the telecommunications license CDM obtained from the Mexican Ministry of Communications and Transport in reliance upon CCG's representations. Accordingly, ATT Wireless is a Party in Default as defined by the Agreement, and has terminated the Agreement through its acts and omissions.

We request that ATT Wireless make available for inspection and copying its annual financial statements since 1995 and the quarterly financial statement for the most recently completed fiscal quarter so that CDM may perform the loss calculation required by Section 10(b) of the Agreement.

While reserving all rights under the Agreement, we wish to resolve these issues short of litigation, so please have your counsel contact us by Wednesday, March 10, 2004, regarding the status of this request.

Anchorage, AK
Olympia, WA
Portland, OR
Seattle, WA
Vancouver, WA

London, England

Thank you for your attention.

Very truly yours,

LANE POWELL SPEARS LUBERSKY LLP

John S. Devlin III
James B. Stoetser

JSD:lb
cc:     Mr. Benito O'Hara
        David Guillén-Llarena
119990.0001/1085423.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14 # Exhibit B

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF SCOTT A.W. JOHNSON IN SUPPORT OF
DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT - CV05-1045 JLR
34001-429 \ 221397.doc

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000


# LANE POWELL
ATTORNEYS & COUNSELORS

John S. Devlin III
206-223-6280
devlinj@lanepowell.com

May 6, 2005

### VIA FACSIMILE / ORIGINAL by US MAIL

Jim Grant, Esq.
AT&T Wireless Services, Inc. (n/k/a New Cingular Wireless Services, Inc.)
c/o Scott A. W. Johnson, Esq.
Stokes Lawrence, P.S.
800 Fifth Ave., Suite 4000
Seattle, Washington 98104-3179

Re:    Claircom de Mexico – Ten-Day Notice of Default

Dear Mr. Grant:

We represent Claircom de Mexico, S.A. ("CDM") and its Mexican shareholders regarding a Joint Venture Operation Agreement, dated as of July 14, 1995, by and between Claircom Communications Group, Inc. ("CCG") – which was subsequently acquired by ATT Wireless Services, Inc. ("AWS") – and CDM ("the JVA"). AWS – which we understand has changed its name to New Cingular Wireless Services, Inc. ("NCWS") – is the successor to CCG's interests and obligations under the Agreement, which does not expire until December 31, 2009.[1]

Pursuant to the JVA, CDM obtained a license from the Mexican Ministry of Communications and Transport (the *Secretaria de Communicaciones y Transportes* or "SCT") – commonly referred to as an "SCT License" – that authorized CDM to operate the Mexican segment of an integrated North American network for air-to-around ("ATG") telecommunications by airline passengers ("the Network"). Along with CDM's Mexican segment and CCG's United States segment, a Canadian segment – involving an unrelated Canadian company – allowed CCG to offer ATG services to passengers on

---

[1] You may recall that you last communicated with us on AWS' behalf regarding this matter through your correspondence, dated March 19, 2004, along with which you forwarded certain documents provided by Jim Grant of AWS. We therefore assume that you are acting as AWS/NCWS' counsel in this context and, to avoid the possibility of communicating directly with a represented party, we are sending this notice of default to you. If you do not represent AWS/NCWS regarding this matter, please notify us immediately, so that we may send this correspondence directly to AWS/NCWS.

WWW.LANEPOWELL.COM    A PROFESSIONAL CORPORATION    LAW OFFICES

T. 206.223.7000    1420 5TH AVENUE, SUITE 4100    ANCHORAGE, AK . OLYMPIA, WA
F. 206.223.7107    SEATTLE, WASHINGTON    PORTLAND, OR . SEATTLE, WA
                   98101-2338    LONDON, ENGLAND

–9–

domestic and international flights all over North America. The parties agreed that the JVA would govern the operation of the Mexican segment of the Network.

In accordance with Sections 5 and 6 of the JVA, CCG promised to undertake a number of obligations through the date of contractual termination of the agreement on December 31, 2009, including, but not limited to: (1) cover CDM's "excess cash requirements" for capital and operating requirements pursuant to approved budgets (§ 6(a)), (2) deliver audited financial statements ninety (90) days after the end of each fiscal year and forty-five (45) days after the end of each fiscal quarter (§§ 5(d), 6(b)), (3) carry out its duties under the Venture Documents,[2] and . . . cause the persons nominated by [CCG] to act as officers of CDM to act, in such a manner as shall not cause any material violation of any of the terms and conditions of the SCT License (§ 6(d)), and (4) pay to the Mexican Shareholders of CDM a quarterly fee, referred to as the "Network Contribution Fee" ("NCF") based upon the gross revenues of the joint venture (§ 5(b)).[3] Failure to meet these and other obligations under the JVA is a breach of the JVA.

AWS/NCWS is a Party in Default as defined by the JVA because, among other things, it has failed to provide its annual and quarterly financial statements as required by the JVA. Indeed, CCG and/or AWS/NCWS stopped generating such reports as early as 2000. Following our last request for such documentation, apparently at Mr. Grant's request, you provided us with: (1) CCG's "draft" and "unaudited" Consolidated Balance Sheets for December 31, 1999 through December 31, 2000, (2) CCG's Audited Financial Statements for the years ending December 31, 1996 and 1997, (3) CCG's Report on Audits of Consolidated Financial Statements for the Years ending December 31, 1996 and 1995, and (4) CCG's "Calculation of Network Contribution Fee, SCT License," for the quarters ending March 2000 through June 2002. None of these documents show that CCG or AWS/NCWS met the JVA's reporting requirements after 2000.

Moreover, based upon the documents AWS/NCWS has provided, CCG materially breached the JVA when it stopped forwarding to the Mexican shareholders of CDM – Controtitulos and Globalcom – NCF payments as outlined in the JVA. The last NCF payment coincided with the quarter ending March 2000 – even though AWS/NCWS' documents show calculations for such payments through June 2002. The documents

---

[2] "Venture Documents" are defined as the JVA and the "Services Agreement."

[3] Under Section 5(b) of the JVA, the NCF was to be calculated as:

> [T]he greater of (i) 1% of the gross revenues received by Claircom . . . during such fiscal quarter, less fees or commissions paid to airlines, from the operation of the terrestrial portion of the North American Network, and (ii) 65% of the net available cash at the end of such fiscal quarter . . . . from the operations of CDM . . .

AWS/NCWS provided on March 19, 2004 show that CCG and AWS/NCWS owed at least the following quarterly NCF payments to CDM pursuant to the JVA during the period of March 2000 through June 2002:

Fiscal Year 2000

| | | |
|---|---|---|
| March 2000 | : | $60,590.00 |
| June 2000 | : | $65,700.00 |
| September 2000 | : | $57,050.00 |
| December 2000 | : | $53,790.00 |

Fiscal Year 2001

| | | |
|---|---|---|
| March 2001 | : | $43,750.00 |
| June 2001 | : | $42,750.00 |
| September 2001 | : | $28,680.00 |
| December 2001 | : | $43,620.00 |

Fiscal Year 2002

| | | |
|---|---|---|
| March 2002 | : | $52,340.00 |
| June 2002 | : | $18,170.00 |

AWS/NCWS has not provided any NCF calculations beyond the quarter ending June 2002, nor has it provided any such calculations for any quarter prior to June 1997. In any event, CCG and/or AWS/NCWS made quarterly NCF payments to CDM beginning with the quarter ending in June 1997, and continued to do so through the quarter ending in March 2000. AWS/NCWS' documents show that CCG at least calculated NCF allocations – payable to the Mexican shareholders of CDM – for the quarters ending June 2000 through June 2002. However, neither CCG, nor AWS/NCWS actually made any of these quarterly NCF payments to CDM.

Thus, AWS/NCWS' own documents and calculations indicate that CCG and AWS/NCWS have failed to pay CDM a total of $405,850.00 – the sum of NCF payments for the quarters ending June 2000 through June 2002. It remains to be seen if Network operations yielded additional revenues warranting additional NCF payments to CDM after June 2002. If so, the damages in this context will increase accordingly.

AWS/NCWS is a "Party in Default" as defined under Section 10(a)(i) of the JVA. Pursuant to this provision, CDM hereby provides this ten-day notice of AWS/NCWS' failure to remit to CDM $405,850.00 in NCF payments. If necessary, CDM is prepared to transfer its right, title and interest in and to equipment acquired by CDM under the Services Agreement and all other assets of CDM that shall be capable of being

transferred to AWS/NCWS in order to secure cancellation and return of any outstanding Notes obligating CDM to repay any funds held by AWS/NCWS.

If AWS/NCWS fails to cure its default in ten (10) days, we are authorized to file suit and seek all available remedies, including liquidated damages. Further, CDM reserves all rights and remedies under the JVA.

Please contact us at any time if you have any questions or concerns concerning this matter.

Very truly yours,

LANE POWELL PC

John S. Devlin III

JSD:lb

cc:     James Stoetzer, Esq.
        Mr. Benito O'Hara
119990.0001/1197142.1

-12-

1

2

3

4

5

6

7

8

9

10

11

12

13

14 Exhibit C

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF SCOTT A.W. JOHNSON IN SUPPORT OF
DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL
SUMMARY JUDGMENT - CV05-1045 JLR
34001-429 \ 221397.doc

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

| GL Period | Co | Offc | Acct | CC | Post Date | Source | Batch | JE Description | Vendor Name | Invoice Number | Invoice Description | Invoice Date | Debit | Credit | Invoice Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mar-00 | 1127 | 051 | 310001 | 000 | 17-Mar-00 | Payables | AP 17MAR00 Payables 3807784-Journal Import Created | CONTROTITULOS, SA de | 4TH QTR 99 NCF | WIRE# 11031505 9/15/00 | 13-Mar-00 | 73,463.00 | | 56,510.00 |
| Mar-00 | 1127 | 051 | 310001 | 000 | 17-Mar-00 | Payables | AP 17MAR00 Payables 3807784-Journal Import Created | GLOBALCOM | 4TH QTR 99 | WIRE# 11031508 9/15/00 | 15-Mar-00 | | | 16,953.00 |
| May-00 | 1127 | 051 | 310001 | 000 | 23-May-00 | Payables | AP 23MAY00 Payables 3718634-Journal Import Created | GLOBALCOM | 1ST QTR 2000 | WIRE# 11051604 5/15/00 | 18-May-00 | 69,579.00 | | 18,060.00 |
| May-00 | 1127 | 051 | 310001 | 000 | 23-May-00 | Payables | AP 23MAY00 Payables 3718634-Journal Import Created | CONTROTITULOS, SA de | 1ST QTR 2000 NCF | WIRE# 11051605 5/16/00 | 12-May-00 | | | 53,599.00 |
| Sep-00 | 1127 | 051 | 310001 | 000 | 28-Sep-00 | Payables | AP 28SEP00 Payables 4318369-Journal Import Created | CONTROTITULOS, SA de | 2HOQTR2000NCF | WIRE# 11092603 9/28/00 | 28-Sep-00 | 74,558.00 | | 58,120.00 |
| Sep-00 | 1127 | 051 | 310001 | 000 | 28-Sep-00 | Payables | AP 28SEP00 Payables 4318369-Journal Import Created | GLOBALCOM | 2HOQTR2000NCF | WIRE# 11092601 9/28/00 | 28-Sep-00 | | | 17,438.00 |
| Nov-00 | 1127 | 051 | 310001 | 000 | 29-Nov-00 | Payables | AP 29NOV00 Payables 4897120-Journal Import Created | CONTROTITULOS, SA de | 3ROQTR2000NCF | WIRE# 11112602 11/29/00 | 29-Nov-00 | 65,608.00 | | 50,468.00 |
| Nov-00 | 1127 | 051 | 310001 | 000 | 29-Nov-00 | Payables | AP 29NOV00 Payables 4897120-Journal Import Created | GLOBALCOM | 3ROQTR2000NCF | WIRE# 11112703 11/27/00 | 27-Nov-00 | | | 15,140.00 |
| Mar-01 | 1127 | 051 | 310001 | 000 | 12-Mar-01 | Payables | AP 12MAR01 Payables 5390580-Journal Import Created | GLOBALCOM | 4THQTR2000NCF | WIRE# 11030703 3/7/01 | 7-Mar-01 | 61,880.00 | | 14,275.00 |
| Mar-01 | 1127 | 051 | 310001 | 000 | 12-Mar-01 | Payables | AP 12MAR01 Payables 5390580-Journal Import Created | CONTROTITULOS, SA de | 4THQTR2000NCF | WIRE# 11030702 3/7/01 | 7-Mar-01 | | | 47,585.00 |
| May-01 | 1127 | 051 | 310001 | 000 | 29-May-01 | Payables | AP 29MAY01 Payables 5932031-Journal Import Created | CONTROTITULOS, SA de | 1STQTR2001NCF | WIRE# 11052906 5/29/01 | 29-May-01 | 38,703.00 | | 38,703.00 |
| May-01 | 1127 | 051 | 310001 | 000 | 30-May-01 | Payables | AP 30MAY01 Payables 5941820-Journal Import Created | GLOBALCOM | 1STQTR2001NCF | WIRE# 11052907 5/29/01 | 29-May-01 | 11,611.00 | | 11,611.00 |
| Aug-01 | 1127 | 051 | 310001 | 000 | 30-Aug-01 | Payables | AP 30AUG01 Payables 6559101-Journal Import Created | GLOBALCOM | 2HOQTR2001NCF | | 30-Aug-01 | 49,163.00 | | 11,345.00 |
| Aug-01 | 1127 | 051 | 310001 | 000 | 30-Aug-01 | Payables | AP 30AUG01 Payables 6559101-Journal Import Created | CONTROTITULOS, SA de | 2HOQTR2001NCF-1 | | 30-Aug-01 | | | 37,818.00 |
| Sep-01 | 1127 | 051 | 310001 | 000 | 7-Sep-01 | Payables | AP 07SEP01 Payables 6609070-Journal Import Created | CONTROTITULOS, SA de | 2HOQTR2001NCF | | 30-Aug-01 | 49,163.00 | | 37,818.00 |
| Sep-01 | 1127 | 051 | 310001 | 000 | 7-Sep-01 | Payables | AP 07SEP01 Payables 6609070-Journal Import Created | GLOBALCOM | 2HOQTR2001NCF-1 | | 30-Aug-01 | | | 11,345.00 |
| Oct-01 | 1127 | 051 | 310001 | 000 | 9-Oct-01 | Payables | AP 09OCT01 Payables 6819549-Journal Import Created | CONTROTITULOS, SA de | 2HOQTR2001NCF | WIRE 11083002 8/30/01 | 30-Aug-01 | | 49,163.00 | 57,818.00 |
| Oct-01 | 1127 | 051 | 310001 | 000 | 9-Oct-01 | Payables | AP 09OCT01 Payables 6819549-Journal Import Created | GLOBALCOM | 2HOQTR2001NCF-1 | WIRE 11083003 9/30/01 | 30-Aug-01 | | | 11,345.00 |
| Dec-01 | 1127 | 051 | 310001 | 000 | 12-Dec-01 | Payables | AP 12DEC01 Payables 7274132-Journal Import Created | CONTROTITULOS, SA de | 3RD QTR 2001 NCF | TO BOOK WIRE 11112702 | 1-Nov-01 | 32,983.00 | | (37,818.00) |
| Dec-01 | 1127 | 051 | 310001 | 000 | 12-Dec-01 | Payables | AP 12DEC01 Payables 7274132-Journal Import Created | GLOBALCOM | 3RD QTR 2001 NCF | | 1-Nov-01 | | | (11,345.00) |
| Feb-02 | 1127 | 051 | 310001 | 000 | 27-Feb-02 | Payables | AP 27FEB02 Payables 7820882-Journal Import Created | GLOBALCOM | 11022602 | TO BOOK WIRE 11022602 | 26-Feb-02 | 50,164.00 | | 25,372.00 |
| Feb-02 | 1127 | 051 | 310001 | 000 | 27-Feb-02 | Payables | AP 27FEB02 Payables 7820882-Journal Import Created | CONTROTITULOS, SA de | 11022607 | TO BOOK WIRE 11022607 | 27-Feb-02 | | | 7,611.00 |
| May-02 | 1127 | 051 | 310001 | 000 | 30-May-02 | Payables | AP 30MAY02 Payables 8450503-Journal Import Created | CONTROTITULOS, SA de | 2002-Q1-NCF1 | TO BOOK WIRE 11052902 | 2-May-02 | 60,192.00 | | 11,676.00 |
| May-02 | 1127 | 051 | 310001 | 000 | 30-May-02 | Payables | AP 30MAY02 Payables 8450503-Journal Import Created | GLOBALCOM | 2002-Q1-NCF2 | TO BOOK WIRE 11052904 | 13-May-02 | | | 38,588.00 |
| Aug-02 | 1127 | 051 | 310001 | 000 | 29-Aug-02 | Payables | AP 29AUG02 Payables 9775750-Journal Import Created | GLOBALCOM | 2002Q2NCF2 | TO BOOK WIRE 11082906 | 2-Aug-02 | 20,896.00 | | 46,302.00 |
| Aug-02 | 1127 | 051 | 310001 | 000 | 29-Aug-02 | Payables | AP 29AUG02 Payables 9775750-Journal Import Created | CONTROTITULOS, SA de | 2002Q2NCF1 | TO BOOK WIRE 11082906 | 2-Aug-02 | | | 13,890.00 |
| Aug-02 | 1127 | 051 | 310001 | 000 | 29-Aug-02 | Payables | AP 29AUG02 Payables 9775750-Journal Import Created | GLOBALCOM | | | 2-Aug-02 | | | 4,822.00 |
| Aug-02 | 1127 | 051 | 310001 | 000 | 29-Aug-02 | Payables | AP 29AUG02 Payables 9775750-Journal Import Created | CONTROTITULOS, SA de | | | 2-Aug-02 | | | 18,074.00 |

Controtitulos – Vendor # 1000068994

Globalcom – Vendor # 100000 68992

John, I found all the [brevenp]



**Bank of America**

NOTICE OF FUNDS TRANSFER
CONFIRMATION ONLY-DO NOT ACT

FOR- AT&T WIRELESS SVC
EFFECTIVE TRANSFER DATE   03/15/2000

AT&T WIRELESS SVC
PO BOX 97061  ATTN: CASH MGMT
REDMOND, WA. 98073-9761

| TRN.NO. | TRAN<br>TIME | REF.<br>NMBR | ADV.<br>NO. | SRC/ADV | TRANSFER<br>DATE | REPEAT<br>NUMBER | CHECKING<br>ACCOUNT NO. | WIRE<br>TRANSFER AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 000315006030 | 1154 | | 01429 | GMT/FED | 03/15/2000 | | 02248219 | $16,953.00 |

FEE AMT. = ANALYSIS   AMOUNT   DEBITED   =      $16,953.00 **

```
-DEBIT PARTY-        ID: DDA 2248219
 NAME:   AT&T WIRELESS SVC              PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-                                  REF.: SEAFSTBE803902N
 NAME:
-ORIGINATING PARTY-
 NAME:   ATT WIRELESS
 BEN INFO:FURTH CR GLOBALCOM A\C 22086115
-BENEFICIARY PARTY-    ID:   09253186
 NAME:   BEAR STEARNS
-CREDIT PARTY-         ID: ABA 021000089
 NAME:   CITIBANK NA               NEW YORK, NY
```

| TRN.NO. | TRAN<br>TIME | REF.<br>NMBR | ADV.<br>NO. | SRC/ADV | TRANSFER<br>DATE | REPEAT<br>NUMBER | CHECKING<br>ACCOUNT NO. | WIRE<br>TRANSFER AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 000315006029 | 1202 | | 01430 | GMT/FED | 03/15/2000 | | 02248219 | $56,510.00 |

FEE AMT. = ANALYSIS   AMOUNT   DEBITED   =      $56,510.00 **

```
-DEBIT PARTY-        ID: DDA 2248219
 NAME:   AT&T WIRELESS SVC              PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-         ID: DDA 2248219/          REF.: NOREF
 NAME:   AT&T WIRELESS SVC              PO BOX 97061  ATTN: CASH MGMT
         REDMOND, WA. 98073-9761
-ORIGINATING BANK-                              REF.: 000315IN101878GM
 NAME:
-ORIGINATING PARTY-
 NAME:   ATT WIRELESS                  REDMOND WA
         USA
 BEN INFO:REF - 4Q99 NCF PYMNT
-BENEFICIARY BANK-
 NAME:   BANCOMER                      PLAZA 129
         CELAYA GTO MEXICO
-BENEFICIARY PARTY-    ID:   10050172
 NAME:   CONTROTITULOS S.A.            CELAYA GTO MEXICO
-CREDIT PARTY-         ID: ABA 122035487
 NAME:   BANCOMER S A                  LOS ANGELES, CA
 ADVICE:  WIR/
```

CING_CDM 06068



**NOTICE OF FUNDS TRANSFER**
CONFIRMATION ONLY–DO NOT ACT

FOR-  AT&T WIRELESS SVC
EFFECTIVE TRANSFER DATE  05/16/2000

———

———

AT&T WIRELESS SVC
PO BOX 97061  ATTN: CASH MGMT
REDMOND, WA. 98073-9761

—

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---------|---------------------|------------------|---------------|---------------|----------------------|----------------------|
| 000516004288 1103 | | 01182 GMT/FED | 05/16/2000 | | 02248219 | $16,080.00 |

FEE AMT. = ANALYSIS   AMOUNT  DEBITED   =        $16,080.00 ** ✓

-DEBIT PARTY-          ID:  DDA 2248219
 NAME:   AT&T WIRELESS SVC
-SENDING BANK-                          PO BOX 97061  ATTN: CASH MGMT
 NAME:                                  REF.: SEAFSTBE833367N
-ORIGINATING PARTY-
 NAME:   ATT WIRELESS
 BEN INFO:FURTH CR GLOBALCOM A\C 22086115
-BENEFICIARY PARTY-    ID:      09253186
 NAME:   BEAR STEARNS
-CREDIT PARTY-         ID:  ABA 021000089
 NAME:   CITIBANK NA                    NEW YORK, NY
===================================================================================================================

**CING_CDM 06069**

**Bank of America**

NOTICE OF FUNDS TRANSFER      FOR- AT&T WIRELESS SVC
      CONFIRMATION ONLY-DO NOT ACT    EFFECTIVE TRANSFER DATE  05/16/2000

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANS AMT |
|---------|---------------------|------------------|---------------|---------------|----------------------|----------------|
| 000516004287 | 1142 | 01184 GMT/FED | 05/16/2000 | | 02248219 | $53,599.00 |

                    FEE AMT. = ANALYSIS  AMOUNT  DEBITED  =     $53,599.00 **

```
-DEBIT PARTY-          ID:  DDA 2248219
 NAME:    AT&T WIRELESS SVC             PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-         ID:  DDA 2248219/            REF.: NOREF
 NAME:    AT&T WIRELESS SVC             PO BOX 97061  ATTN: CASH MGMT
          REDMOND, WA. 98073-9761
-ORIGINATING BANK-                      REF.: 000516IN107023GM
 NAME:
-ORIGINATING PARTY-
 NAME:    ATT WIRELESS
 BEN INFO:PYMNT OF 1000 NCF PYMNT
-BENEFICIARY BANK-
 NAME:    BANCOMER                      PLAZA 129
          CELAYA, GTO MEXICO
-BENEFICIARY PARTY-    ID:      10050172
 NAME:    CONTROTITULOS S.A.            TECROLOGICO 401
          COL INDUSTRIAL                CELAYA GTO MEXICO
-CREDIT PARTY-         ID:  ABA 122035487
 NAME:    BANCOMER S A                  LOS ANGELES, CA
 ADVICE:  WIR/
```
=================================================================================================

-17-



**Bank of America**

NOTICE OF FUNDS TRANSFER          FOR- AT&T WIRELESS SVC
    CONFIRMATION ONLY-DO NOT ACT      EFFECTIVE TRANSFER DATE   09/28/2000

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANS AMT |
|---|---|---|---|---|---|---|
| 000928022229 | 1428 | 01312 GMT/FED | 09/28/2000 | | 02248219 | $58,120.00 |

                        FEE AMT. = ANALYSIS    AMOUNT  DEBITED   =      $58,120.00 **

```
-DEBIT PARTY-            ID:  DDA 2248219
  NAME:    AT&T WIRELESS SVC              PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-           ID:  DDA 2248219/               REF.: NOREF
  NAME:    AT&T WIRELESS SVC              PO BOX 97061  ATTN: CASH MGMT
           REDMOND, WA. 98073-9761
-ORIGINATING BANK-                                REF.: 000928IN118654GM
  NAME:
-ORIGINATING PARTY-
  NAME:    ATT WIRELESS
  BEN INFO:REF - 2ND QTR 2000 NCF
-BENEFICIARY BANK-
  NAME:    BANCOMER                       PLAZA 129, CELAYA
           GTO MEXICO
-BENEFICIARY PARTY-      ID:    10050172
  NAME:    CONTROTITULOS SA DE CV
-CREDIT PARTY-           ID:  ABA 122035487
  NAME:    BANCOMER S A                   LOS ANGELES, CA
```
==============================================================================

CING_CDM 06071

# Bank of America

## NOTICE OF FUNDS TRANSFER
### CONFIRMATION ONLY-DO NOT ACT

FOR- AT&T WIRELESS SVC
EFFECTIVE TRANSFER DATE    09/28/2000

AT&T WIRELESS SVC
PO BOX 97061 ATTN: CASH MGMT
REDMOND, WA. 98073-9761

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---|---|---|---|---|---|---|
| 000928022226 1401 | | 01310 GMT/FED 09/28/2000 | | | 02248219 | $17,436.00 |

FEE AMT. = ANALYSIS    AMOUNT    DEBITED    =        $17,436.00 **

-DEBIT PARTY-          ID:  DDA 2248219
  NAME:    AT&T WIRELESS SVC                    PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-                                  REF.: SEAFSTBE895446N
  NAME :
-ORIGINATING PARTY-
  NAME:    ATT WIRELESS
  BEN INFO:FURTH CR GLOBALCOM A\C 22086115    REF - 2ND QTR 2000 NCF
-BENEFICIARY PARTY-     ID:    09253186
  NAME:    BEAR STEARNS
-CREDIT PARTY-         ID:  ABA 021000089
  NAME:    CITIBANK NA                          NEW YORK, NY
=========================================================================================

CING_CDM 06072



**NOTICE OF FUNDS TRANSFER**
CONFIRMATION ONLY-DO NOT ACT

FOR- AT&T WIRELESS SVC
EFFECTIVE TRANSFER DATE     11/29/2000

AT&T WIRELESS SVC
PO BOX 97061  ATTN: CASH MGMT
REDMOND, WA. 98073-9761

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---------|---------------------|------------------|---------------|---------------|----------------------|----------------------|
| 001129025802 | 1249 | 01229 GMT/FED | 11/29/2000 | | 02248219 | $50,468.00 |

FEE AMT. = ANALYSIS    AMOUNT    DEBITED    =          $50,468.00 **

-DEBIT PARTY-         ID:  DDA 2248219
  NAME:     AT&T WIRELESS SVC                    PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-                                      REF.: SEAFSTBEO20987N
  NAME:
-ORIGINATING PARTY-
  NAME:     ATT WIRELESS
  BEN INFO:BANCOMER, SA                  PLAZA 129, CELAYA, GTO, MEXICO
-BENEFICIARY PARTY-     ID:    10050172
  NAME:     CONTROTITULOS SA DE CV
-CREDIT PARTY-          ID:  ABA 122035487
  NAME:     BANCOMER S A                     LOS ANGELES, CA

CING_CDM 06073



**Bank of America**

NOTICE OF FUNDS TRANSFER
CONFIRMATION ONLY-DO NOT ACT

FOR-  AT&T WIRELESS SVC
EFFECTIVE TRANSFER DATE    11/27/2000

AT&T WIRELESS SVC
PO BOX 97061  ATTN: CASH MGMT
REDMOND, WA. 98073-9761

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---|---|---|---|---|---|---|
| 001127026948 | 1340 | 01229 GMT/FED | 11/27/2000 | | 02248219 | $15,140.00 |
| | | FEE AMT. = ANALYSIS | | AMOUNT  DEBITED    = | | $15,140.00 ** |

-DEBIT PARTY-          ID:  DDA 2248219
  NAME:    AT&T WIRELESS SVC              PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-                                     REF.: SEAFSTBE019895N
  NAME:
-ORIGINATING PARTY-
  NAME:    ATT WIRELESS
  BEN INFO:3Q2000 NCF
-BENEFICIARY PARTY-    ID:      09253186
  NAME:    GLOBALCOM SA DE CV
-CREDIT PARTY-         ID:  ABA 021000089
  NAME:    CITIBANK NA                    NEW YORK, NY

======================================================================================
:==: ==================================================================================

CING_CDM 06074

# Bank of America

**NOTICE OF FUNDS TRANSFER**
CONFIRMATION ONLY-DO NOT ACT

FOR- AT&T WIRELESS SVC
EFFECTIVE TRANSFER DATE 03/07/2001

AT&T WIRELESS SVC
PO BOX 97061 ATTN: CASH MGMT
REDMOND, WA. 98073-9761

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---|---|---|---|---|---|---|
| 010307022543 | 1243 | 01156 GMT/FED | 03/07/2001 | | 02248219 | $14,275.00 |

FEE AMT. = ANALYSIS    AMOUNT DEBITED   =       $14,275.00 **

-DEBIT PARTY-          ID: DDA 2248219
  NAME:    AT&T WIRELESS SVC                   PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-                                 REF.: SEAFSTBE063325N
  NAME:
-ORIGINATING PARTY-
  NAME:    ATT WIRELESS
  BEN INFO:FURTHER CREDIT GLOBALCOM SA DE CV  ACCOUNT NO. 22086115
-BENEFICIARY PARTY-    ID:    09253186
  NAME:    BEAR STEARNS
-CREDIT PARTY-         ID: ABA 021000089
  NAME:    CITIBANK NA                          NEW YORK, NY

===================================================================================

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---|---|---|---|---|---|---|
| 010307022542 | 1258 | 01157 GMT/FED | 03/07/2001 | | 02248219 | $47,585.00 |

FEE AMT. = ANALYSIS    AMOUNT DEBITED   =       $47,585.00 **

-DEBIT PARTY-          ID: DDA 2248219
  NAME:    AT&T WIRELESS SVC                   PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-         ID: DDA 2248219/        REF.: NOREF
  NAME:    AT&T WIRELESS SVC                   PO BOX 97061  ATTN: CASH MGMT
           REDMOND, WA. 98073-9761
-ORIGINATING BANK-                             REF.: 010307IN131536GM
  NAME:
-ORIGINATING PARTY-
  NAME:    ATT WIRELESS                        PO BOX 97061
           REDMOND, WA 98073                   USA
  BEN INFO:4QOO NCF
-BENEFICIARY BANK-
  NAME:    BANCOMER, S.A.                      PLAZA 129, CELAYA
           GTO, MEXICO
-BENEFICIARY PARTY-    ID:    100-50172
  NAME:    CONTROTITULOS, SA DE CV             TECROLOGICO 401 COL.
           INDUSTRIAL CP 38010                 CELAYA, GTO, MEXICO
-CREDIT PARTY-         ID: ABA 122035487
  NAME:    BANCOMER S A                        LOS ANGELES, CA

===================================================================================

**CING_CDM 06075**



**Bank of America**

NOTICE OF FUNDS TRANSFER
CONFIRMATION ONLY-DO NOT ACT

FOR-   AT&T WIRELESS SVC
EFFECTIVE TRANSFER DATE    05/29/2001

AT&T WIRELESS SVC
PO BOX 97061  ATTN: CASH MGMT
REDMOND, WA. 98073-9761

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. | SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---|---|---|---|---|---|---|---|
| 010529029702 | 1253 | 01707 | GMT/FED | 05/29/2001 | | 02248219 | $11,611.00 |

FEE AMT. = ANALYSIS    AMOUNT  DEBITED    =       $11,611.00 **   ✓

```
-DEBIT PARTY-          ID: DDA 2248219
  NAME:    AT&T WIRELESS SVC              PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-                                    REF.: SEAFSTBE099574N
  NAME:
-ORIGINATING PARTY-
  NAME:    ATT WIRELESS
  BEN INFO:FURTHER CREDIT GLOBALCOM S.A.   ACCOUNT # 22086115
-BENEFICIARY PARTY-    ID:    0925-3186
  NAME:    BEAR STEARNS
-CREDIT PARTY-         ID: ABA 021000089
  NAME:    CITIBANK NA                     NEW YORK, NY
```

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. | SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---|---|---|---|---|---|---|---|
| 010529029703 | 1256 | 01708 | GMT/FED | 05/29/2001 | | 02248219 | $38,703.00 |

FEE AMT. = ANALYSIS    AMOUNT  DEBITED    =       $38,703.00 **   ✓

```
-DEBIT PARTY-          ID: DDA 2248219
  NAME:    AT&T WIRELESS SVC              PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-         ID: DDA 2248219/              REF.: NOREF
  NAME:    AT&T WIRELESS SVC              PO BOX 97061  ATTN: CASH MGMT
           REDMOND, WA. 98073-9761
                                          REF.: 010529IN137831GM
-ORIGINATING BANK-
  NAME:
-ORIGINATING PARTY-
  NAME:    ATT WIRELESS                   PO BOX 97061
           REDMOND, WA 98073             USA
-BENEFICIARY BANK-
  NAME:    BANCOMER, S.A.                 PLAZA 129, CELAYA, GTO
           MEXICO
-BENEFICIARY PARTY-    ID:    100-50172
  NAME:    CONTROTITULOS, S.A. DE C.V.    AV. TECROLOGICO 401
           COL. INDUSTRIAL C.P. 38010    CELAYA, GTO, MEXICO
-CREDIT PARTY-         ID: ABA 122035487
  NAME:    BANCOMER S A                   LOS ANGELES, CA
```

CING_CDM 06076

| REFER NO. | MEDIA | MSG | DATE | TIME | ACCOUNT NO. | | R/CR | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 03939 | FW | 009399 | 08/30/01 | 13:23 | 000003751632300 | | DEBIT | $11,345.00 ✓ |

```
BK AMER GLOBAL      /ORG=AT&T WIRELESS OGB=AT AND T WIRELESS SERVICES INC ATTN CAS
CITIBANK NYC        /CTR/BNF=BEAR STEARNS /AC-09253186 /LTR/FED OBI=FURTHER CREDIT
 TO GLOBALCOM SA AC: 22086115 BBI=111 WALL STREETNEW YORK, NY
```

```
        AT AND T WIRELESS SERVICES INC
        ATTN CASH MANAGEMENT
        P O BOX 97061
        REDMOND, WA 98073-9761
```



P.O. Box 83000-7154, Dallas Texas 75283

**WIRE TRANSFER ADVICE**

*IF ASSISTANCE ON THIS TRANSACTION IS NEEDED, PLEASE CONTACT OUR RESEARCH DEPARTMENT AT 1-800-577-9473.

| REFER NO. | MEDIA | MSG | DATE | TIME | ACCOUNT NO. | | R/CR | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 03993 | FW | 500487 | 08/30/01 | 13:29 | 000003751632300 | | DEBIT | $37,818.00 ✓ |

```
BK AMER GLOBAL      /ORG=AT T WIRELESS OGB=AT AND T WIRELESS SERVICES INC ATTN CAS
BK OF NYC           /CTR/IBK=BBVA BANCOMER S.A.(FORMERLY BANCOMER S.A.) MEXICO CIT
Y MEXICO BBK=BANCOMER, S.A. PLAZA 129, CELAYA, G TO, MEXICO BNF=CONTROTITULOS, S
.A. DE C.V.
 /AC-10050172
```

```
        AT AND T WIRELESS SERVICES INC
        ATTN CASH MANAGEMENT
        P O BOX 97061
        REDMOND, WA 98073-9761
```



P.O. Box 83000-7154, Dallas Texas 75283

**WIRE TRANSFER ADVICE**

*IF ASSISTANCE ON THIS TRANSACTION IS NEEDED, PLEASE CONTACT OUR RESEARCH DEPARTMENT AT 1-800-577-9473.

**CING_CDM 06077**



AT AND T WIRELESS SERVICES INC
ATTN: CASH MANAGEMENT
P O BOX 97061
REDMOND, WA 98073-9761

DATE: 11/27/01
DIRECT INQUIRIES TO:
(800) 227-3337

ACCOUNT: TX 003751632300

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                    USD AMOUNT $7,611.00

TRANSACTION REF:     011127022243           FEDREF/SEQ: 011127022243    /001016
RELATED REF:         20011127000628N        IMAD: 20011127L1LFBF7C001016
ORIGINATOR:          AT T WIRELESS          ID: 003751632300
INSTRUCTING BANK:    ENCORE PLATFORM        ID: ENGA
BENEFICIARY:         BEAR STEARNS           ID: 09253186
BENEFICIARY'S BANK:  CITIBANK N.A.          ID: 021000089
PAYMENT DETAIL:      'FURTHER CREDIT TO: GLOBALCOM SA AC: 22086115 WIR/FED

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                    USD AMOUNT $25,372.00

TRANSACTION REF:     011127022239
RELATED REF:         20011127000627N
ORIGINATOR:          AT T WIRELESS          ID: 003751632300
INSTRUCTING BANK:    ENCORE PLATFORM        ID: ENGA
BENEFICIARY:         CONTROTITULOS, SA, DE CV   ID: 10050172
BENEFICIARY'S BANK:  BANCOMER, SA           ID:
PAYMENT DETAIL:      3RD QTR 2001 NCF WIR/INTL WIR/INTL

---

CING_CDM 06078



AT AND T WIRELESS SERVICES INC      /
ATTN: CASH MANAGEMENT
P O BOX 97061
REDMOND, WA 98073-9761

DATE: 02/26/02
DIRECT INQUIRIES TO:
_ (800) 227-3337

ACCOUNT: TX 003751632300

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                     USD AMOUNT $11,576.00     ✓

INSACTION REF:      020226051172          FEDREF/SEQ: 020226051172    /002039
.LATED REF:         20020226001319N       IMAD: 20020226L1lFBF7C002039
ORIGINATOR:         AT T WIRELESS         ID: 003751632300
INSTRUCTING BANK:   ENCORE PLATFORM       ID: ENGA
BENEFICIARY:        BEAR STEARNS          ID: 09253186
BENEFICIARY'S BANK: CITIBANK N.A.         ID: 021000089
PAYMENT DETAIL:     FURTH CREDIT GLOBALCOM SA A/C 22086115 WIR/FED

---

CING_CDM 06079



**Bank of America**

AT AND T WIRELESS SERVICES INC /
ATTN: CASH MANAGEMENT
P O BOX 97061
REDMOND, WA 98073-9761

DATE: 02/26/02
DIRECT INQUIRIES TO:
(800) 227-3337

ACCOUNT: TX 003751632300

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                    USD AMOUNT $38,588.00

| | | | |
|---|---|---|---|
| TRANSACTION REF: | 020226051182 | | |
| RELATED REF: | 20020226001324N | | |
| ORIGINATOR: | AT T WIRELESS | ID: | 003751632300 |
| INSTRUCTING BANK: | ENCORE PLATFORM | ID: | ENGA |
| BENEFICIARY: | CONTROTITULOS, S.A. DE C.V. | ID: | 10050172 |
| BENEFICIARY'S BANK: | BANCOMER, S.A. | ID: | |
| PAYMENT DETAIL: | WIR/INTL WIR/INTL | | |

CING_CDM 06080



AT AND T WIRELESS SERVICES INC
ATTN: CASH MANAGEMENT
P O BOX 97061
REDMOND, WA 98073-9761

DATE: 05/29/02
DIRECT INQUIRIES TO:
800.227.3337

ACCOUNT: TX 003751632300

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                USD AMOUNT $13,890.00

| | |
|---|---|
| .NSACTION REF: 020529043852 | FEDREF/SEQ: 020529043852   /001760 |
| RELATED REF: 2002052900189N | IMAD: 20020529L1LFBF7C001760 |
| ORIGINATOR: AT T WIRELESS | ID: 003751632300 |
| INSTRUCTING BANK: ENCORE PLATFORM | ID: ENGA |
| BENEFICIARY: BEAR STEARNS | ID: 09253186 |
| BENEFICIARY'S BANK: CITIBANK N.A. | ID: 021000089 |

PAYMENT DETAIL:        F/C TO GLOBALCOM SA A/C 22086115 NETWORK CONTRIB. FEE, SCT LICENSE- 20
02 Q1 WIR/FED

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                USD AMOUNT $46,302.00

| | |
|---|---|
| TRANSACTION REF: 020529043855 | |
| RELATED REF: 2002052900191N | |
| ORIGINATOR: AT T WIRELESS | ID: 003751632300 |
| INSTRUCTING BANK: ENCORE PLATFORM | ID: ENGA |
| BENEFICIARY: CONTROTITULOS, S.A. DE C.V. | ID: 10050172 |
| BENEFICIARY'S BANK: BANCOMER, S.A. | ID: |

PAYMENT DETAIL:        NETWORK CONTRIBUTION FEE, SCT LICENSE FOR 2002- Q1 WIR/INTL WIR/INTL

---

CING_CDM 06081

**Bank of America**

WIRE TRANSFER ADVICE PAGE 1 OF 2
BANK OF AMERICA, N.A.
WIRE TRANSFER DEPT CA4-706-08-21
CONCORD, CA 94520

AT AND T WIRELESS SERVICES INC
ATTN: CASH MANAGEMENT
P O BOX 97061
REDMOND, WA 98073-9761

DATE: 08/29/02
DIRECT INQUIRIES TO:
800.227.3337

ACCOUNT: TX 003751632300

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                    USD AMOUNT $4,822.00

```
.ANSACTION REF:     020829035395           FEDREF/SEQ: 020829035395    /001903
RELATED REF:        20020829001011N        IMAD: 20020829L1LFBF7C001903
ORIGINATOR:         AT T WIRELESS          ID: 003751632300
INSTRUCTING BANK:   ENCORE PLATFORM        ID: ENGA
BENEFICIARY:        BEAR STEARNS           ID: 09253186
BENEFICIARY'S BANK: CITIBANK N.A.          ID: 021000089
PAYMENT DETAIL:     F/C TO GLOBALCOM SA A/C 22086115 NETWORK CONTRIB. FEE SCT LICENSE- 200
                    2 Q2 WIR/FED
```

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                    USD AMOUNT $16,074.00

```
TRANSACTION REF:    020829035392
RELATED REF:        20020829001009N
ORIGINATOR:         AT T WIRELESS          ID: 003751632300
INSTRUCTING BANK:   ENCORE PLATFORM        ID: ENGA
BENEFICIARY:        CONTROTITULOS, S.A. DE C.V.  ID: 10050172
BENEFICIARY'S BANK: BANCOMER, S.A.         ID:
PAYMENT DETAIL:     NETWORK CONTRIBUTION FEE, SCT LICENSE FOR 2002- Q2 WIR/INTL WIR/INTL
```

-29-

**CING_CDM 06082**

**Bank of America** ◢◢◢

**NOTICE OF FUNDS TRANSFER**
CONFIRMATION ONLY-DO NOT ACT

FOR- AT&T WIRELESS SVC
EFFECTIVE TRANSFER DATE   03/15/2000

AT&T WIRELESS SVC
PO BOX 97061  ATTN: CASH MGMT
REDMOND, WA. 98073-9761

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---|---|---|---|---|---|---|
| 000315006030 1154 | | 01429 GMT/FED 03/15/2000 | | | 02248219 | $16,953.00 |

FEE AMT. = ANALYSIS    AMOUNT  DEBITED   =      $16,953.00 **

```
-DEBIT PARTY-          ID: DDA 2248219
  NAME:   AT&T WIRELESS SVC              PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-                           REF.: SEAFSTBE803902N
  NAME:
-ORIGINATING PARTY-
  NAME:   ATT WIRELESS
  BEN INFO:FURTH CR GLOBALCOM A\C 22086115
-BENEFICIARY PARTY-     ID:    09253186
  NAME:   BEAR STEARNS
-CREDIT PARTY-         ID: ABA 021000089
  NAME:   CITIBANK NA                    NEW YORK, NY
```

=================================================================================

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---|---|---|---|---|---|---|
| 000315006029 1202 | | 01430 GMT/FED 03/15/2000 | | | 02248219 | $56,510.00 |

FEE AMT. = ANALYSIS    AMOUNT  DEBITED   =      $56,510.00 **

```
-DEBIT PARTY-          ID: DDA 2248219
  NAME:   AT&T WIRELESS SVC              PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-         ID: DDA 2248219/              REF.: NOREF
  NAME:   AT&T WIRELESS SVC              PO BOX 97061  ATTN: CASH MGMT
          REDMOND, WA. 98073-9761
-ORIGINATING BANK-                       REF.: 000315IN101878GM
  NAME:
-ORIGINATING PARTY-
  NAME:   ATT WIRELESS                   REDMOND WA
          USA
  BEN INFO:REF - 4Q99 NCF PYMNT
-BENEFICIARY BANK-
  NAME:   BANCOMER                       PLAZA 129
          CELAYA GTO MEXICO
-BENEFICIARY PARTY-     ID:     10050172
  NAME:   CONTROTITULOS S.A.             CELAYA GTO MEXICO
-CREDIT PARTY-         ID: ABA 122035487
  NAME:   BANCOMER S A                   LOS ANGELES, CA
  ADVICE:  WIR/
```

=================================================================================

CING_CDM 06083

# Bank of America

**NOTICE OF FUNDS TRANSFER**
CONFIRMATION ONLY-DO NOT ACT

**FOR-** AT&T WIRELESS SVC
EFFECTIVE TRANSFER DATE   05/16/2000

AT&T WIRELESS SVC
PO BOX 97061  ATTN: CASH MGMT
REDMOND, WA. 98073-9761

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. | SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---|---|---|---|---|---|---|---|
| 000516004288 | 1103 | 01182 | GMT/FED | 05/16/2000 | | 02248219 | $16,080.00 |

FEE AMT. = ANALYSIS   AMOUNT  DEBITED  =      $16,080.00 ** ✓

-DEBIT PARTY-          ID:  DDA 2248219
 NAME:   AT&T WIRELESS SVC                PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-                                REF.: SEAFSTBE833367N
 NAME:
-ORIGINATING PARTY-
 NAME:   ATT WIRELESS
 BEN INFO:FURTH CR GLOBALCOM A\C 22086115
-BENEFICIARY PARTY-    ID:   09253186
 NAME:   BEAR STEARNS
-CREDIT PARTY-    ID:  ABA 021000089
 NAME:   CITIBANK NA                   NEW YORK, NY
=============================================================================

| TRN.NO. | TIME NMBR | ADV. NO. | SRC/ADV | DATE | NUMBER | ACCOUNT NO. | TRANSFER AMOUNT |
|---|---|---|---|---|---|---|---|
| 000516004286 | 1103 | 01183 | GMT/FED | 05/16/2000 | | 02248219 | $52,430.44 |

FEE AMT. = ANALYSIS   AMOUNT  DEBITED  =      $52,430.44 **

-DEBIT PARTY-          ID:  DDA 2248219
 NAME:   AT&T WIRELESS SVC                PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-                                REF.: SEAFSTBE833366N
 NAME:
-ORIGINATING PARTY-
 NAME:   ATT WIRELESS
 BEN INFO:REF - STOCK OPTIONS
-BENEFICIARY PARTY-    ID:    80508346
 NAME:   LIN TELEVISION CORP
-CREDIT PARTY-    ID:  ABA 011000390
 NAME:   BANK OF BOSTON                 BOSTON, MA
=============================================================================

**CING_CDM 06084**

# Bank of America

**NOTICE OF FUNDS TRANSFER**
CONFIRMATION ONLY-DO NOT ACT

FOR- AT&T WIRELESS SVC
EFFECTIVE TRANSFER DATE 05/16/2000

| TRN.NO. | TRAN REF. TIME | ADV. NMBR | NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANS AMT |
|---|---|---|---|---|---|---|---|
| 000516004287 | 1142 | 01184 | GMT/FED | 05/16/2000 | | 02248219 | $53,599.00 |

FEE AMT. = ANALYSIS  AMOUNT DEBITED  =  $53,599.00 **

```
-DEBIT PARTY-         ID: DDA 2248219
  NAME:   AT&T WIRELESS SVC          PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-        ID: DDA 2248219/            REF.: NOREF
  NAME:   AT&T WIRELESS SVC          PO BOX 97061  ATTN: CASH MGMT
          REDMOND, WA. 98073-9761
-ORIGINATING BANK-                               REF.: 000516IN107023GM
  NAME:
-ORIGINATING PARTY-
  NAME:   ATT WIRELESS
  BEN INFO:PYMNT OF 1QOO NCF PYMNT
-BENEFICIARY BANK-
  NAME:   BANCOMER                   PLAZA 129
          CELAYA, GTO MEXICO
-BENEFICIARY PARTY-   ID:   10050172
  NAME:   CONTROTITULOS S.A.         TECROLOGICO 401
          COL INDUSTRIAL             CELAYA GTO MEXICO
-CREDIT PARTY-        ID: ABA 122035487
  NAME:   BANCOMER S A               LOS ANGELES, CA
  ADVICE: WIR/
```

| TRN.NO. | TRAN REF. TIME | ADV. NMBR | NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---|---|---|---|---|---|---|---|
| 000516003471 | 1013 | 01185 | GMT/FED | 05/16/2000 | | 02248219 | $164,866.68 |

FEE AMT. = ANALYSIS  AMOUNT DEBITED  =  $164,866.68 **

```
-DEBIT PARTY-         ID: DDA 2248219
  NAME:   AT&T WIRELESS SVC          PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-                                    REF.: SEAFSTBE833338R
  NAME:
-ORIGINATING PARTY-
  NAME:   ATT WIRELESS
  BEN INFO:REF: PYMNT OF DENTAL BENEFITS
-BENEFICIARY PARTY-   ID:   0022431076
  NAME:   ATT WIRELESS SERVICES
-CREDIT PARTY-        ID: ABA 021000021
  NAME:   CHASE MANHATTAN BANK N A   NEW YORK, NY
```

CING_CDM 06085

**Bank of America** ◢◢◢

**NOTICE OF FUNDS TRANSFER**
CONFIRMATION ONLY-DO NOT ACT

FOR-  AT&T WIRELESS SVC
EFFECTIVE TRANSFER DATE   09/28/2000

AT&T WIRELESS SVC
PO BOX 97061  ATTN: CASH MGMT
REDMOND, WA. 98073-9761

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---|---|---|---|---|---|---|
| 000928022226 | 1401 | 01310 GMT/FED | 09/28/2000 | | 02248219 | $17,436.00 |

FEE AMT. = ANALYSIS   AMOUNT  DEBITED   =        $17,436.00 ** ✓

-DEBIT PARTY-          ID:  DDA 2248219
  NAME:    AT&T WIRELESS SVC               PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-                                    REF.: SEAFSTBE895446N
  NAME:
-ORIGINATING PARTY-
  NAME:    ATT WIRELESS
  BEN INFO:FURTH CR GLOBALCOM A\C 22086115    REF - 2ND QTR 2000 NCF
-BENEFICIARY PARTY-       ID:    09253186
  NAME:    BEAR STEARNS
-CREDIT PARTY-        ID:  ABA 021000089
  NAME:    CITIBANK NA                  NEW YORK, NY
===================================================================================

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---|---|---|---|---|---|---|
| 000928009998 | 1009 | 01311 GMT/FED | 09/28/2000 | | 02248219 | $32,836.72 |

FEE AMT. = ANALYSIS   AMOUNT  DEBITED   =        $32,836.72 **

-DEBIT PARTY-          ID:  DDA 2248219
  NAME:    AT&T WIRELESS SVC               PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-                                    REF.: SEAFSTBE894953R
  NAME:
-ORIGINATING PARTY-
  NAME:    ATT WIRELESS
  BEN INFO:OHS BENEFITS
-BENEFICIARY PARTY-       ID:    1210077517
  NAME:    MANAGED HEALTH NETWORK
-CREDIT PARTY-        ID:  ABA 122000496
  NAME:    UNION BANK                 MONTEREY PARK, CA
===================================================================================

CING_CDM 06086

**Bank of America**

NOTICE OF FUNDS TRANSFER  
CONFIRMATION ONLY-DO NOT ACT

FOR- AT&T WIRELESS SVC  
EFFECTIVE TRANSFER DATE  09/28/2000

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANS AMT |
|---|---|---|---|---|---|---|
| 000928022229 | 1428 | 01312 GMT/FED | 09/28/2000 | | 02248219 | $58,120.00 |

FEE AMT. = ANALYSIS  AMOUNT  DEBITED  =  $58,120.00 ** ✓

-DEBIT PARTY-  ID: DDA 2248219  
  NAME:  AT&T WIRELESS SVC  PO BOX 97061  ATTN: CASH MGMT  
-SENDING BANK-  ID: DDA 2248219/  REF.: NOREF  
  NAME:  AT&T WIRELESS SVC  PO BOX 97061  ATTN: CASH MGMT  
    REDMOND, WA. 98073-9761  
-ORIGINATING BANK-  REF.: 000928IN118654GM  
  NAME:  
-ORIGINATING PARTY-  
  NAME:  ATT WIRELESS  
  BEN INFO:REF - 2ND QTR 2000 NCF  
-BENEFICIARY BANK-  
  NAME:  BANCOMER  PLAZA 129, CELAYA  
    GTO MEXICO  
-BENEFICIARY PARTY-  ID:  10050172  
  NAME:  CONTROTITULOS SA DE CV  
-CREDIT PARTY-  ID:  ABA 122035487  
  NAME:  BANCOMER S A  LOS ANGELES, CA

========================================================================================
========================================================================================

| ACCOUNT NUMBER | TOTAL ITEMS | TOTAL DEBITS | TOTAL CREDITS |
|---|---|---|---|
| 02248219 | 3 | 108,392.72 | .00 |

CING_CDM 06087

## Bank of America

**NOTICE OF FUNDS TRANSFER**
CONFIRMATION ONLY-DO NOT ACT

FOR- AT&T WIRELESS SVC
EFFECTIVE TRANSFER DATE   11/27/2000

AT&T WIRELESS SVC
PO BOX 97061 ATTN: CASH MGMT
REDMOND, WA. 98073-9761

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. | SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---------|--------|------|---------|----------|--------|-----------|-----------|
| 001127026948 | 1340 | 01229 | GMT/FED | 11/27/2000 | | 02248219 | $15,140.00 |

FEE AMT. = ANALYSIS   AMOUNT DEBITED  =   $15,140.00 **

-DEBIT PARTY-    ID: DDA 2248219
  NAME:   AT&T WIRELESS SVC         PO BOX 97061 ATTN: CASH MGMT
-SENDING BANK-             REF.: SEAFSTBE019895N
  NAME:
-ORIGINATING PARTY-
  NAME:   ATT WIRELESS
  BEN INFO:3Q2000 NCF
-BENEFICIARY PARTY-   ID:   09253186
  NAME:   GLOBALCOM SA DE CV
-CREDIT PARTY-    ID: ABA 021000089
  NAME:   CITIBANK NA           NEW YORK, NY

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. | SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---------|--------|------|---------|----------|--------|-----------|-----------|
| 001127026568 | 1334 | 01230 | GMT/FED | 11/27/2000 | | 02248219 | $92,073.39 |

FEE AMT. = ANALYSIS   AMOUNT DEBITED  =   $92,073.39 **

-DEBIT PARTY-    ID: DDA 2248219
  NAME:   AT&T WIRELESS SVC         PO BOX 97061 ATTN: CASH MGMT
-SENDING BANK-             REF.: SEAFSTBE019891R
  NAME:
-ORIGINATING PARTY-
  NAME:   ATT WIRELESS
  BEN INFO:OHS BENEFITS
-BENEFICIARY PARTY-   ID:   1210077517
  NAME:   MANAGED HEALTH NETWORK
-CREDIT PARTY-    ID: ABA 122004496
  NAME:   UNION BANK          MONTEREY PARK, CA

CING_CDM 06088



**Bank of America**

## NOTICE OF FUNDS TRANSFER
### CONFIRMATION ONLY-DO NOT ACT

FOR- AT&T WIRELESS SVC
EFFECTIVE TRANSFER DATE   11/29/2000

```
          AT&T WIRELESS SVC
          PO BOX 97061  ATTN: CASH MGMT
          REDMOND, WA. 98073-9761
```

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---|---|---|---|---|---|---|
| 001129025802 1249 | | 01229 GMT/FED | 11/29/2000 | | 02248219 | $50,468.00 |

```
                         FEE AMT. = ANALYSIS   AMOUNT  DEBITED   =      $50,468.00 **   ✓
```

```
-DEBIT PARTY-         ID: DDA 2248219
 NAME:    AT&T WIRELESS SVC              PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-                                REF.: SEAFSTBE020987N
 NAME:
-ORIGINATING PARTY-
 NAME:    ATT WIRELESS
 BEN INFO:BANCOMER, SA                   PLAZA 129, CELAYA, GTO, MEXICO
-BENEFICIARY PARTY-   ID:    10050172
 NAME:    CONTROTITULOS SA DE CV
-CREDIT PARTY-        ID: ABA 122035487
 NAME:    BANCOMER S A                   LOS ANGELES, CA
```

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---|---|---|---|---|---|---|
| 001129025801 1249 | | 01230 GMT/FED | 11/29/2000 | | 02248219 | $103,530.00 |

```
                         FEE AMT. = ANALYSIS   AMOUNT  DEBITED   =      $103,530.00 **
```

```
-DEBIT PARTY-         ID: DDA 2248219
 NAME:    AT&T WIRELESS SVC              PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-                                REF.: SEAFSTBE020986N
 NAME:
-ORIGINATING PARTY-
 NAME:    ATT WIRELESS
 BEN INFO:BANK OF NOVA SCOTIA            NORTH YORK, ONTARIO
-BENEFICIARY PARTY-   ID:    917020153117
 NAME:    ROGERS-CANTEL
-CREDIT PARTY-        ID: ABA 026002532
 NAME:    BANK OF NOVA SCOTIA            NEW YORK, NY
```

CING_CDM 06089

# Bank of America

**NOTICE OF FUNDS TRANSFER**
CONFIRMATION ONLY-DO NOT ACT

FOR- AT&T WIRELESS SVC
EFFECTIVE TRANSFER DATE    03/07/2001

AT&T WIRELESS SVC
PO BOX 97061  ATTN: CASH MGMT
REDMOND, WA. 98073-9761

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---|---|---|---|---|---|---|
| 010307022543 1243 | | 01156 GMT/FED | 03/07/2001 | | 02248219 | $14,275.00 |

FEE AMT. = ANALYSIS   AMOUNT DEBITED   =   $14,275.00 **

-DEBIT PARTY-            ID:  DDA 2248219
  NAME:    AT&T WIRELESS SVC                    PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-                                  REF.: SEAFSTBE063325N
  NAME:
-ORIGINATING PARTY-
  NAME:    ATT WIRELESS
  BEN INFO:FURTHER CREDIT GLOBALCOM SA DE CV  ACCOUNT NO. 22086115
-BENEFICIARY PARTY-     ID:    09253186
  NAME:    BEAR STEARNS
-CREDIT PARTY-          ID:  ABA 021000089
  NAME:    CITIBANK NA                          NEW YORK, NY

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---|---|---|---|---|---|---|
| 010307022542 1258 | | 01157 GMT/FED | 03/07/2001 | | 02248219 | $47,585.00 |

FEE AMT. = ANALYSIS   AMOUNT DEBITED   =   $47,585.00 **

-DEBIT PARTY-            ID:  DDA 2248219
  NAME:    AT&T WIRELESS SVC                    PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-          ID:  DDA 2248219/       REF.: NOREF
  NAME:    AT&T WIRELESS SVC                    PO BOX 97061  ATTN: CASH MGMT
           REDMOND, WA. 98073-9761
-ORIGINATING BANK-                              REF.: 010307IN131536GM
  NAME:
-ORIGINATING PARTY-
  NAME:    ATT WIRELESS                         PO BOX 97061
           REDMOND, WA 98073                    USA
  BEN INFO:4QOO NCF
-BENEFICIARY BANK-
  NAME:    BANCOMER, S.A.                       PLAZA 129, CELAYA
           GTO, MEXICO
-BENEFICIARY PARTY-     ID:    100-50172
  NAME:    CONTROTITULOS, SA DE CV              TECROLOGICO 401 COL.
           INDUSTRIAL CP 38010                  CELAYA, GTO, MEXICO
-CREDIT PARTY-          ID:  ABA 122035487
  NAME:    BANCOMER S A                         LOS ANGELES, CA

CING_CDM 06090

**Bank of America**

NOTICE OF FUNDS TRANSFER
CONFIRMATION ONLY-DO NOT ACT

FOR- AT&T WIRELESS SVC
EFFECTIVE TRANSFER DATE   05/29/2001

AT&T WIRELESS SVC
PO BOX 97061  ATTN: CASH MGMT
REDMOND, WA. 98073-9761

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---|---|---|---|---|---|---|
| 010529029702 1253 | | 01707 GMT/FED | 05/29/2001 | | 02248219 | $11,611.00 |

FEE AMT. = ANALYSIS   AMOUNT  DEBITED   =      $11,611.00 **  √

-DEBIT PARTY-          ID:  DDA 2248219
  NAME:   AT&T WIRELESS SVC                    PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-                                 REF.: SEAFSTBE099574N
  NAME:
-ORIGINATING PARTY-
  NAME:   ATT WIRELESS
  BEN INFO:FURTHER CREDIT GLOBALCOM S.A.    ACCOUNT # 22086115
-BENEFICIARY PARTY-    ID:  0925-3186
  NAME:   BEAR STEARNS
-CREDIT PARTY-         ID:  ABA 021000089
  NAME:   CITIBANK NA                       NEW YORK, NY

========================================================================================

| TRN.NO. | TRAN REF. TIME NMBR | ADV. NO. SRC/ADV | TRANSFER DATE | REPEAT NUMBER | CHECKING ACCOUNT NO. | WIRE TRANSFER AMOUNT |
|---|---|---|---|---|---|---|
| 010529029703 1256 | | 01708 GMT/FED | 05/29/2001 | | 02248219 | $38,703.00 |

FEE AMT. = ANALYSIS  AMOUNT  DEBITED   =      $38,703.00 **  √

-DEBIT PARTY-          ID:  DDA 2248219
  NAME:   AT&T WIRELESS SVC                    PO BOX 97061  ATTN: CASH MGMT
-SENDING BANK-         ID:  DDA 2248219/       REF.: NOREF
  NAME:   AT&T WIRELESS SVC                    PO BOX 97061  ATTN: CASH MGMT
          REDMOND, WA. 98073-9761
-ORIGINATING BANK-                             REF.: 010529IN137831GM
  NAME:
-ORIGINATING PARTY-
  NAME:   ATT WIRELESS                         PO BOX 97061
          REDMOND, WA 98073                    USA
-BENEFICIARY BANK-
  NAME:   BANCOMER, S.A.                       PLAZA 129, CELAYA, GTO
          MEXICO
-BENEFICIARY PARTY-    ID:  100-50172
  NAME:   CONTROTITULOS, S.A. DE C.V.          AV. TECROLOGICO 401
          COL. INDUSTRIAL C.P. 38010           CELAYA, GTO, MEXICO
-CREDIT PARTY-         ID:  ABA 122035487
  NAME:   BANCOMER S A                         LOS ANGELES, CA

========================================================================================

CING_CDM 06091

-38-

| REFER | NO. | MEDIA | MSG | DATE | TIME | ACCOUNT NO. | | R/CR | AMOUNT | |
|-------|-----|-------|-----|------|------|-------------|---|------|--------|---|
| | 03939 | FW | 00939 | 08/30/01 | 13:23 | 000003751632300 | | DEBIT | $11,345.00 | ✓ |

BK AMER GLOBAL    /ORG=AT&T WIRELESS OGB=AT AND T WIRELESS SERVICES INC ATTN CAS
CITIBANK NYC      /CTR/BNF=BEAR STEARNS /AC-09253186 /LTR/FED OBI=FURTHER CREDIT
TO GLOBALCOM SA AC: 22086115 BBI=111 WALL STREETNEW YORK, NY

AT AND T WIRELESS SERVICES INC
ATTN CASH MANAGEMENT
P O BOX 97061
REDMOND, WA 98073-9761



P.O. Box 83000-7154, Dallas Texas 75283

**WIRE TRANSFER ADVICE**

*IF ASSISTANCE ON THIS TRANSACTION IS NEEDED, PLEASE CONTACT OUR RESEARCH DEPARTMENT AT 1-800-577-9473.

| REFER | NO. | MEDIA | MSG | DATE | TIME | ACCOUNT NO. | | R/CR | AMOUNT | |
|-------|-----|-------|-----|------|------|-------------|---|------|--------|---|
| | 03993 | FW | 50048 | 08/30/01 | 13:29 | 000003751632300 | | DEBIT | $37,818.00 | ✓ |

BK AMER GLOBAL    /ORG=AT T WIRELESS OGB=AT AND T WIRELESS SERVICES INC ATTN CAS
BK OF NYC         /CTR/IBK=BBVA BANCOMER S.A.(FORMERLY BANCOMER S.A.) MEXICO CIT
Y MEXICO BBK=BANCOMER, S.A. PLAZA 129, CELAYA, G TO, MEXICO BNF=CONTROTITULOS, S
.A. DE C.V.
 /AC-10050172

AT AND T WIRELESS SERVICES INC
ATTN CASH MANAGEMENT
P O BOX 97061
REDMOND, WA 98073-9761



P.O. Box 83000-7154, Dallas Texas 75283

**WIRE TRANSFER ADVICE**

*IF ASSISTANCE ON THIS TRANSACTION IS NEEDED, PLEASE CONTACT OUR RESEARCH DEPARTMENT AT 1-800-577-9473.

CING_CDM 06092



AT AND T WIRELESS SERVICES INC
ATTN: CASH MANAGEMENT
P O BOX 97061
REDMOND, WA 98073-9761

DATE: 11/27/01
DIRECT INQUIRIES TO:
(800) 227-3337

ACCOUNT: TX 003751632300

---

THE FOLLOWING WIRE WAS DEBITED TODAY:

USD AMOUNT $7,269.94

| | |
|---|---|
| TRANSACTION REF: | 011127022244 |
| RELATED REF: | 20011127000629N |
| ORIGINATOR: | AT T WIRELESS |
| INSTRUCTING BANK: | ENCORE PLATFORM |
| BENEFICIARY: | ATT CORP |
| BENEFICIARY'S BANK: | BANK ONE ARIZONA, N.A. |
| PAYMENT DETAIL: | YTD EXCEPTION PROCESSING WIR/FED |

FEDREF/SEQ: 011127022244   /001018
IMAD: 20011127L1LFBF7C001018
ID: 003751632300
ID: ENGA
ID: 28213331
ID: 122100024

---

THE FOLLOWING WIRE WAS DEBITED TODAY:

USD AMOUNT $7,611.00

| | |
|---|---|
| TRANSACTION REF: | 011127022243 |
| RELATED REF: | 20011127000628N |
| ORIGINATOR: | AT T WIRELESS |
| INSTRUCTING BANK: | ENCORE PLATFORM |
| BENEFICIARY: | BEAR STEARNS |
| BENEFICIARY'S BANK: | CITIBANK N.A. |
| PAYMENT DETAIL: | *FURTHER CREDIT TO: GLOBALCOM SA AC: 22086115 WIR/FED |

FEDREF/SEQ: 011127022243   /001016
IMAD: 20011127L1LFBF7C001016
ID: 003751632300
ID: ENGA
ID: 09253186
ID: 021000089

---

THE FOLLOWING WIRE WAS DEBITED TODAY:

USD AMOUNT $13,539.50

| | |
|---|---|
| TRANSACTION REF: | 011127022238 |
| RELATED REF: | 20011127000626N |
| ORIGINATOR: | AT T WIRELESS |
| INSTRUCTING BANK: | ENCORE PLATFORM |
| BENEFICIARY: | STANDI COSTING PTY LTD |
| BENEFICIARY'S BANK: | COMMONWEALTH BANK OF AUSTRALIA |
| PAYMENT DETAIL: | CONTRACTOR SERVICES WIR/INTL WIR/INTL |

ID: 003751632300
ID: ENGA
ID: 06310710003285
ID:

---

THE FOLLOWING WIRE WAS DEBITED TODAY:

USD AMOUNT $25,372.00

| | |
|---|---|
| TRANSACTION REF: | 011127022239 |
| RELATED REF: | 20011127000627N |
| ORIGINATOR: | AT T WIRELESS |
| INSTRUCTING BANK: | ENCORE PLATFORM |
| BENEFICIARY: | CONTROTITULOS, SA, DE CV |
| BENEFICIARY'S BANK: | BANCOMER, SA |
| PAYMENT DETAIL: | 3RD QTR 2001 NCF WIR/INTL WIR/INTL |

ID: 003751632300
ID: ENGA
ID: 10050172
ID:

---

CING_CDM 06093



**Bank of America**

AT AND T WIRELESS SERVICES INC
ATTN: CASH MANAGEMENT
P O BOX 97061
REDMOND, WA 98073-9761

DATE: 02/26/02
DIRECT INQUIRIES TO:
-(800) 227-3337

ACCOUNT: TX 003751632300

---

THE FOLLOWING WIRE WAS DEBITED TODAY:  USD AMOUNT $550.00

| | | |
|---|---|---|
| TRANSACTION REF: | 020226051175 | |
| RELATED REF: | 20020226001321N | |
| ORIGINATOR: | AT T WIRELESS | ID: 003751632300 |
| INSTRUCTING BANK: | ENCORE PLATFORM | ID: ENGA |
| BENEFICIARY: | MULTICONSULT LTD | ID: 011612908 |
| BENEFICIARY'S BANK: | MAURITIUS COMMERCIAL BANK LTD | ID: |
| PAYMENT DETAIL: | INV. 77733 WIR/INTL WIR/INTL | |

---

THE FOLLOWING WIRE WAS DEBITED TODAY:  USD AMOUNT $11,576.00

| | | |
|---|---|---|
| \NSACTION REF: | 020226051172 | FEDREF/SEQ: 020226051172 /002039 |
| _LATED REF: | 20020226001319N | IMAD: 20020226L1LFBF7C002039 |
| ORIGINATOR: | AT T WIRELESS | ID: 003751632300 |
| INSTRUCTING BANK: | ENCORE PLATFORM | ID: ENGA |
| BENEFICIARY: | BEAR STEARNS | ID: 09253186 |
| BENEFICIARY'S BANK: | CITIBANK N.A. | ID: 021000089 |
| PAYMENT DETAIL: | FURTH CREDIT GLOBALCOM SA A/C 22086115 WIR/FED | |

---

THE FOLLOWING WIRE WAS DEBITED TODAY:  USD AMOUNT $19,068.99

| | | |
|---|---|---|
| TRANSACTION REF: | 020226051178 | |
| RELATED REF: | 20020226001322N | |
| ORIGINATOR: | AT T WIRELESS | ID: 003751632300 |
| INSTRUCTING BANK: | ENCORE PLATFORM | ID: ENGA |
| BENEFICIARY: | RAJA, DARRYL LOH | ID: 011582210 |
| BENEFICIARY'S BANK: | J.P.MORGAN CHASE BANK BERHAD | ID: CHASMYKX |
| PAYMENT DETAIL: | OFFICE ACCT NO 6870561013 WIR/INTL WIR/INTL | |

---

THE FOLLOWING WIRE WAS DEBITED TODAY:  USD AMOUNT $23,490.69

| | | |
|---|---|---|
| TRANSACTION REF: | 020226051174 | |
| RELATED REF: | 20020226001320N | |
| ORIGINATOR: | AT T WIRELESS | ID: 003751632300 |
| INSTRUCTING BANK: | ENCORE PLATFORM | ID: ENGA |
| BENEFICIARY: | DENTON WILDE SAPTE | ID: BN80203562MUSD |
| BENEFICIARY'S BANK: | OVERSEA-CHINESE BANKING CORPORATION | ID: OCBCSGSG |
| PAYMENT DETAIL: | 2002790, 2002798, 2002807 WIR/INTL WIR/INTL | |

---

CING_CDM 06094



AT AND T WIRELESS SERVICES INC        /
ATTN: CASH MANAGEMENT
P O BOX 97061
REDMOND, WA 98073-9761

DATE: 02/26/02
DIRECT INQUIRIES TO:
-(800) 227-3337

ACCOUNT: TX 003751632300

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                    USD AMOUNT $38,588.00

| | | |
|---|---|---|
| TRANSACTION REF: | 020226051182 | |
| RELATED REF: | 20020226001324N | |
| ORIGINATOR: | AT T WIRELESS | ID: 003751632300 |
| INSTRUCTING BANK: | ENCORE PLATFORM | ID: ENGA |
| BENEFICIARY: | CONTROTITULOS, S.A. DE C.V. | ID: 10050172 |
| BENEFICIARY'S BANK: | BANCOMER, S.A. | ID: |
| PAYMENT DETAIL: | WIR/INTL WIR/INTL | |

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                    USD AMOUNT $62,162.00

| | | |
|---|---|---|
| TRANSACTION REF: | 020226051181 | |
| .ELATED REF: | 20020226001323N | |
| ORIGINATOR: | AT T WIRELESS | ID: 003751632300 |
| INSTRUCTING BANK: | ENCORE PLATFORM | ID: ENGA |
| BENEFICIARY: | ROGERS-CANTEL | ID: 917020153117 |
| BENEFICIARY'S BANK: | BANK OF NOVA SCOTIA | ID: |
| PAYMENT DETAIL: | ATTN: ROSE MARY COOPER WIR/INTL WIR/INTL | |

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                    USD AMOUNT $66,591.00

| | | |
|---|---|---|
| TRANSACTION REF: | 020226035384 | FEDREF/SEQ: 020226035384    /001532 |
| RELATED REF: | 20020226000940R | IMAD: 20020226L1LFBF7C001532 |
| ORIGINATOR: | AT T WIRELESS | ID: 003751632300 |
| INSTRUCTING BANK: | ENCORE PLATFORM | ID: ENGA |
| BENEFICIARY: | SOUTHWEST AIRLINES | ID: 98120109 |
| BENEFICIARY'S BANK: | BANK ONE,N.A.1717 MAIN STREET OFC | ID: 111000614 |
| PAYMENT DETAIL: | /ACC/OPT WIR/ | |

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                    USD AMOUNT $447,991.00

| | | |
|---|---|---|
| TRANSACTION REF: | 020226035386 | FEDREF/SEQ: 020226035386    /001481 |
| RELATED REF: | 20020226000941R | IMAD: 20020226L1LFBF7C001481 |
| ORIGINATOR: | AT T WIRELESS | ID: 003751632300 |
| INSTRUCTING BANK: | ENCORE PLATFORM | ID: ENGA |
| BENEFICIARY: | AMERICAN AIRLINES | ID: 910 1 019884 |
| BENEFICIARY'S BANK: | CHASE MANHATTAN BK | ID: 021000021 |
| PAYMENT DETAIL: | /ACC/OPT WIR/ | |

---

CING_CDM 06095



**Bank of America**

```
AT AND T WIRELESS SERVICES INC      /
ATTN: CASH MANAGEMENT
P O BOX 97061
REDMOND, WA 98073-9761
```

```
DATE: 05/29/02
DIRECT INQUIRIES TO:
800.227.3337

ACCOUNT: TX 003751632300
```

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                  USD AMOUNT $3,179.00

```
TRANSACTION REF:    020529026942           FEDREF/SEQ: 020529026942    /001127
RELATED REF:        20020529000650R        IMAD: 20020529L1LFBF7C001127
ORIGINATOR:         AT T WIRELESS          ID: 003751632300
INSTRUCTING BANK:   ENCORE PLATFORM        ID: ENGA
BENEFICIARY:        SOUTHWEST AIRLINES     ID: 98120109
BENEFICIARY'S BANK: BANK ONE,N.A.1717 MAIN STREET OFC   ID: 111000614
PAYMENT DETAIL:     INFLIGHT PHONE USAGE-REV SHARE FOR APRIL 2002 /REC/OPT WIR/
```

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                  USD AMOUNT $13,890.00   ✓

```
 .NSACTION REF:     020529043852           FEDREF/SEQ: 020529043852    /001760
RELATED REF:        20020529001189N        IMAD: 20020529L1LFBF7C001760
ORIGINATOR:         AT T WIRELESS          ID: 003751632300
INSTRUCTING BANK:   ENCORE PLATFORM        ID: ENGA
BENEFICIARY:        BEAR STEARNS           ID: 09253186
BENEFICIARY'S BANK: CITIBANK N.A.          ID: 021000089
PAYMENT DETAIL:     F/C TO GLOBALCOM SA A/C 22086115 NETWORK CONTRIB. FEE, SCT LICENSE- 20
                    02 Q1 WIR/FED
```

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                  USD AMOUNT $32,396.00

```
TRANSACTION REF:    020529043849
RELATED REF:        20020529001188N
ORIGINATOR:         AT T WIRELESS          ID: 003751632300
INSTRUCTING BANK:   ENCORE PLATFORM        ID: ENGA
BENEFICIARY:        ROGERS-CANTEL          ID: 917020153117
BENEFICIARY'S BANK: BANK OF NOVA SCOTIA    ID:
PAYMENT DETAIL:     CROSS BORDER-REV SHARE FOR APRIL 2002 ATTN: JOHN LUCATO, VP CONTROLLER
                    WIR/FED
```

---

THE FOLLOWING WIRE WAS DEBITED TODAY:                  USD AMOUNT $46,302.00   ✓

```
TRANSACTION REF:    020529043855
RELATED REF:        20020529001191N
ORIGINATOR:         AT T WIRELESS          ID: 003751632300
INSTRUCTING BANK:   ENCORE PLATFORM        ID: ENGA
BENEFICIARY:        CONTROTITULOS, S.A. DE C.V.   ID: 10050172
BENEFICIARY'S BANK: BANCOMER, S.A.         ID:
PAYMENT DETAIL:     NETWORK CONTRIBUTION FEE, SCT LICENSE FOR 2002- Q1 WIR/INTL WIR/INTL
```

CING_CDM 06096



AT AND T WIRELESS SERVICES INC
ATTN: CASH MANAGEMENT
P O BOX 97061
REDMOND, WA 98073-9761

DATE: 08/29/02
DIRECT INQUIRIES TO:
800.227.3337

ACCOUNT: TX 003751632300

---

**THE FOLLOWING WIRE WAS DEBITED TODAY:**          USD AMOUNT $3,300.00

| | | |
|---|---|---|
| TRANSACTION REF: | 020829035387 | |
| RELATED REF: | 20020829001006N | |
| ORIGINATOR: | AT T WIRELESS | ID: 003751632300 |
| INSTRUCTING BANK: | ENCORE PLATFORM | ID: ENGA |
| BENEFICIARY: | APIS TRAINING    SEMINARS | ID: 6107391813862 |
| BENEFICIARY'S BANK: | SVENSKA HANDELSBANKEN | ID: HANDSESS |
| PAYMENT DETAIL: | WIR/INTL WIR/INTL | |

---

**THE FOLLOWING WIRE WAS DEBITED TODAY:**          USD AMOUNT $4,822.00

| | | |
|---|---|---|
| .ANSACTION REF: | 020829035395 | FEDREF/SEQ: 020829035395    /001903 |
| RELATED REF: | 20020829001011N | IMAD: 20020829L1LFBF7C001903 |
| ORIGINATOR: | AT T WIRELESS | ID: 003751632300 |
| INSTRUCTING BANK: | ENCORE PLATFORM | ID: ENGA |
| BENEFICIARY: | BEAR STEARNS | ID: 09253186 |
| BENEFICIARY'S BANK: | CITIBANK N.A. | ID: 021000089 |
| PAYMENT DETAIL: | F/C TO GLOBALCOM SA A/C 22086115 NETWORK CONTRIB. FEE SCT LICENSE- 200 2 Q2 WIR/FED | |

---

**THE FOLLOWING WIRE WAS DEBITED TODAY:**          USD AMOUNT $5,240.00

| | | |
|---|---|---|
| TRANSACTION REF: | 020829035390 | |
| RELATED REF: | 20020829001008N | |
| ORIGINATOR: | AT T WIRELESS | ID: 003751632300 |
| INSTRUCTING BANK: | ENCORE PLATFORM | ID: ENGA |
| BENEFICIARY: | PRICEWATERHOUSE COOPERS | ID: 52652200002600 |
| BENEFICIARY'S BANK: | CHANG HWA COMMERCIAL BANK LTD. | ID: CCBCTWTP |
| PAYMENT DETAIL: | ATTN: CHING CHEN INV. C1C644 C1C645 WIR/INTL WIR/INTL | |

---

**THE FOLLOWING WIRE WAS DEBITED TODAY:**          USD AMOUNT $16,074.00

| | | |
|---|---|---|
| TRANSACTION REF: | 020829035392 | |
| RELATED REF: | 20020829001009N | |
| ORIGINATOR: | AT T WIRELESS | ID: 003751632300 |
| INSTRUCTING BANK: | ENCORE PLATFORM | ID: ENGA |
| BENEFICIARY: | CONTROTITULOS, S.A. DE C.V. | ID: 10050172 |
| BENEFICIARY'S BANK: | BANCOMER, S.A. | ID: |
| PAYMENT DETAIL: | NETWORK CONTRIBUTION FEE, SCT LICENSE FOR 2002- Q2 WIR/INTL WIR/INTL | |

CING_CDM 06097

| GL Period | Co | Offc | Acct | CC | Post Date | Source | Batch | JE Description | Vendor Name | Invoice Number | Invoice Description | Invoice Date | Debit | Credit | Invoice Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mar-00 | 1127 | 051 | 310001 | 000 | 17-Mar-00 | Payables | AP 17MAR00 Payables 3607784 | Journal Import Created | CONTROTITULOS, SA de | 4TH QTR 99 NCF | WIRE# 11031505 3/15/00 | 13-Mar-00 | 73,463.00 | | 55,510.00 |
| Mar-00 | 1127 | 051 | 310001 | 000 | 17-Mar-00 | Payables | AP 17MAR00 Payables 3607784 | Journal Import Created | GLOBALCOM | 4TH QTR 99 | WIRE# 11031506 3/15/00 | 15-Mar-00 | | | 16,953.00 |
| May-00 | 1127 | 051 | 310001 | 000 | 23-May-00 | Payables | AP 23MAY00 Payables 3718634 | Journal Import Created | GLOBALCOM | 1ST QTR 2000 | WIRE# 11051604 5/16/00 | 18-May-00 | 69,679.00 | | 16,080.00 |
| May-00 | 1127 | 051 | 310001 | 000 | 23-May-00 | Payables | AP 23MAY00 Payables 3718634 | Journal Import Created | CONTROTITULOS, SA de | 1ST QTR 2000 NCF | WIRE# 11051605 5/16/00 | 12-May-00 | | | 53,659.00 |
| Sep-00 | 1127 | 051 | 310001 | 000 | 28-Sep-00 | Payables | AP 28SEP00 Payables 4318369 | Journal Import Created | CONTROTITULOS, SA de | 2NDQTR2000NCF | WIRE# 11092803 9/28/00 | 28-Sep-00 | 75,558.00 | | 58,120.00 |
| Sep-00 | 1127 | 051 | 310001 | 000 | 28-Sep-00 | Payables | AP 28SEP00 Payables 4318369 | Journal Import Created | GLOBALCOM | 2NDQTR2000NCF | WIRE# 11092801 9/28/00 | 28-Sep-00 | | | 17,438.00 |
| Nov-00 | 1127 | 051 | 310001 | 000 | 29-Nov-00 | Payables | AP 29NOV00 Payables 4697120 | Journal Import Created | CONTROTITULOS, SA de | 3RDQTR2000NCF | WIRE#11112902 11/29/00 | 29-Nov-00 | 65,608.00 | | 50,468.00 |
| Nov-00 | 1127 | 051 | 310001 | 000 | 29-Nov-00 | Payables | AP 29NOV00 Payables 4697120 | Journal Import Created | GLOBALCOM | 3RDQTR2000NCF | WIRE#11112703 11/27/00 | 27-Nov-00 | | | 15,140.00 |
| Mar-01 | 1127 | 051 | 310001 | 000 | 12-Mar-01 | Payables | AP 12MAR01 Payables 5390980 | Journal Import Created | GLOBALCOM | 4THQTR2000NCF | WIRE# 11030703 3/7/01 | 7-Mar-01 | 61,860.00 | | 14,275.00 |
| Mar-01 | 1127 | 051 | 310001 | 000 | 12-Mar-01 | Payables | AP 12MAR01 Payables 5390980 | Journal Import Created | CONTROTITULOS, SA de | 4THQTR2000NCF | WIRE# 11030702 3/7/01 | 7-Mar-01 | | | 47,585.00 |
| May-01 | 1127 | 051 | 310001 | 000 | 29-May-01 | Payables | AP 29MAY01 Payables 5932031 | Journal Import Created | CONTROTITULOS, SA de | 1STQTR2001NCF | WIRE# 11052906 5/29/01 | 29-May-01 | 38,703.00 | | 38,703.00 |
| May-01 | 1127 | 051 | 310001 | 000 | 30-May-01 | Payables | AP 30MAY01 Payables 5941820 | Journal Import Created | GLOBALCOM | 1STQTR2001NCF | WIRE# 11052907 5/29/01 | 29-May-01 | 11,611.00 | | 11,611.00 |
| Aug-01 | 1127 | 051 | 310001 | 000 | 30-Aug-01 | Payables | AP 30AUG01 Payables 6559101 | Journal Import Created | GLOBALCOM | 2NDQTR2001NCF | | 30-Aug-01 | 49,163.00 | | 11,345.00 |
| Aug-01 | 1127 | 051 | 310001 | 000 | 30-Aug-01 | Payables | AP 30AUG01 Payables 6559101 | Journal Import Created | CONTROTITULOS, SA de | 2NDQTR2001NCF-1 | | 30-Aug-01 | | | 37,818.00 |
| Sep-01 | 1127 | 051 | 310001 | 000 | 7-Sep-01 | Payables | AP 07SEP01 Payables 6609070 | Journal Import Created | CONTROTITULOS, SA de | 2NDQTR2001NCF | WIRE# 11083002 8/30/01 | 30-Aug-01 | 49,163.00 | | 37,818.00 |
| Sep-01 | 1127 | 051 | 310001 | 000 | 7-Sep-01 | Payables | AP 07SEP01 Payables 6609070 | Journal Import Created | GLOBALCOM | 2NDQTR2001NCF-1 | WIRE# 11083003 8/30/01 | 30-Aug-01 | | | 11,345.00 |
| Oct-01 | 1127 | 051 | 310001 | 000 | 9-Oct-01 | Payables | AP 09OCT01 Payables 6819549 | Journal Import Created | CONTROTITULOS, SA de | 2NDQTR2001NCF | WIRE# 11083005 8/30/01 | 30-Aug-01 | | 49,163.00 | (37,818.00) |
| Oct-01 | 1127 | 051 | 310001 | 000 | 9-Oct-01 | Payables | AP 09OCT01 Payables 6819549 | Journal Import Created | GLOBALCOM | 2NDQTR2001NCF-1 | WIRE# 11083004 8/30/01 | 30-Aug-01 | | | (11,345.00) |
| Dec-01 | 1127 | 051 | 310001 | 000 | 12-Dec-01 | Payables | AP 12DEC01 Payables 7274152 | Journal Import Created | CONTROTITULOS, SA de | 3RD QTR 2001 NCF | TO BOOK WIRE 11112702 | 1-Nov-01 | 32,983.00 | | 25,372.00 |
| Dec-01 | 1127 | 051 | 310001 | 000 | 12-Dec-01 | Payables | AP 12DEC01 Payables 7274152 | Journal Import Created | GLOBALCOM | 3RD QTR 2001 NCF | TO BOOK WIRE 11112702 | 1-Nov-01 | | | 7,611.00 |
| Feb-02 | 1127 | 051 | 310001 | 000 | 27-Feb-02 | Payables | AP 27FEB02 Payables 7820882 | Journal Import Created | GLOBALCOM | 11022802 | TO BOOK WIRE 11022805 | 28-Feb-02 | 50,164.00 | | 11,578.00 |
| Feb-02 | 1127 | 051 | 310001 | 000 | 27-Feb-02 | Payables | AP 27FEB02 Payables 7820882 | Journal Import Created | CONTROTITULOS, SA de | 11022807 | TO BOOK WIRE 11022807 | 27-Feb-02 | | | 38,586.00 |
| May-02 | 1127 | 051 | 310001 | 000 | 30-May-02 | Payables | AP 30MAY02 Payables 8450503 | Journal Import Created | CONTROTITULOS, SA de | 2002-Q1-NCF1 | TO BOOK WIRE 11052905 | 2-May-02 | 60,192.00 | | 46,302.00 |
| May-02 | 1127 | 051 | 310001 | 000 | 30-May-02 | Payables | AP 30MAY02 Payables 8450503 | Journal Import Created | GLOBALCOM | 2002-Q1-NCF2 | TO BOOK WIRE 11052904 | 13-May-02 | | | 13,890.00 |
| Aug-02 | 1127 | 051 | 310001 | 000 | 29-Aug-02 | Payables | AP 29AUG02 Payables 9775750 | Journal Import Created | GLOBALCOM | 2002Q2NCF2 | TO BOOK WIRE 11082805 | 2-Aug-02 | 20,896.00 | | 4,822.00 |
| Aug-02 | 1127 | 051 | 310001 | 000 | 29-Aug-02 | Payables | AP 29AUG02 Payables 9775750 | Journal Import Created | CONTROTITULOS, SA de | 2002Q2NCF1 | TO BOOK WIRE 11082806 | 2-Aug-02 | | | 16,074.00 |

Controtitulos   Vendor # 100000068994

Globalcom   Vendor # 100000068992

-45-



CING_CDM 06099

