THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CLAIRCOM DE MEXICO, S.A. DE C.V., a Mexican corporation, CONTROTITULOS, S.A. DE C.V., a Mexican corporation, and GLOBALCOM, S.A. DE C.V., a Mexican corporation,<br><br>Plaintiff,<br><br>v.<br><br>AT&T WIRELESS SERVICES, INC. (n/k/a NEW CINGULAR WIRELESS SERVICES, INC.),<br><br>Defendant. | No. 2:05-CV-01045-JCC<br><br>**DECLARATION OF JOHN E. ROGERS IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>28 U.S.C. § 1746 |

John Rogers declares and says:

1. I am an attorney and I was involved in the drafting and negotiation of the parties' Joint Venture Operating Agreement, dated July 14, 1995 ("JVOA") on behalf of Claircom de Mexico, S.A. DE C.V. ("CDM"), Globalcom, S.A. de C.V. ("Globalcom"), and Controtitulos, S.A. de C.V ("Controtitulos"). I am competent to declare the statements contained herein based upon my own personal knowledge. At the time of the drafting and negotiation of the JVOA, I was a partner in the law firm of Carlsmith Ball Wichman Murray Case & Ichiki, and was based in the firm's Mexico City office.

2. I was involved in the drafting of the liquidated damages provision contained in the JVOA, but the ultimate language that appeared in the JVOA was the product of extensive

**DECL. OF JOHN ROGERS IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT - 1**

Case No. 2:05-CV-01045-JCC
119990.0001/1294751.1

LANE POWELL PC
1420 5TH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000

negotiation between the parties, in which the other party to the JVOA, Claircom Communication Group, Inc. ("CCG"), was represented throughout by David M. Williamson of the Seattle firm Perkins Coie. The nature of such negotiation is suggested by the steps described below.

3. I prepared an initial draft of the JVOA, dated March 23, 1995, which did not contain a liquidated damages provision. A copy of such draft is attached as Exhibit A hereto.

4. With his letter dated April 13, 1995, Mr. Williamson sent me his redraft of the JVOA; a copy of his letter and the marked version of his redraft are attached as Exhibit B hereto.

5. After reviewing the changes Mr. Williamson proposed in his redraft, I prepared a new draft, which I sent to him with my letter, dated May 2, 1995 and which included a liquidated damages provision. A copy of such letter and new draft are attached as Exhibit C hereto.

6. Mr. Williamson then responded in an eight-page letter, dated May 12, 1995, which contained twenty-seven (27) numbered comments. Change No. 22 contained his suggested rewrite of Section 10(b) of the JVOA – the liquidated damages provision. A copy of such letter is attached as Exhibit D hereto.

7. After we sent Mr. Williamson a revised draft of the JVOA, he responded with a six-page letter, dated May 19, 1995, with twenty-six (26) numbered comments, including comment 23 that the "amount of liquidated damages will be left blank in the next draft of the agreement". He also sent me a separate letter of the same date describing comments on the draft JVOA from his Mexican counsel. A copy of the two letters is attached as Exhibit E hereto.

8. On May 26, 1995, I faxed to Mr. Williamson another revised draft (dated May 25, 1995) of the JVOA, containing further changes to the liquidated damages provision. A

DECL. OF JOHN ROGERS IN SUPPORT OF REPLY TO OPPOSITION
TO MOTION FOR PARTIAL SUMMARY JUDGMENT - 2

Case No. 2:05-CV-01045-JCC
119990.0001/1294751.1

LANE POWELL PC
1420 5TH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000

copy of my fax cover page and the accompanying revised draft are attached as Exhibit F hereto.

9. In his letter dated June 2, 1995 which was faxed to me, Mr. Williamson said, "Enclosed is a marked draft of the Joint Venture Operation Agreement revealing Claircom's final changes to the Agreement. Mr. Danaeé will be contacting Mr. Ohara to negotiate the "Applicable Percentage" for the liquidated damages calculation." The draft prepared by Mr. Williamson contained a further proposed change to the liquidated damages provision. A copy of such letter, the fax cover page and the relevant pages of the new draft of the JVOA is attached as Exhibit G hereto.

10. Mr. Williamson then produced another draft, dated June 16, 1995, with further changes to the JVOA, including with respect to the liquidated damages provision. A copy of such draft is attached as Exhibit H hereto.

11. I then prepared a revised draft, dated July 2, 1995, of the JVOA, containing still more changes to the liquidated damages provision. A copy of the relevant pages of such draft is attached as Exhibit I hereto. This appears to be the last draft containing changes in such provision. Thus, it is obvious that the ultimate liquidated damages provision in the JVOA was the product of substantial negotiation between the parties -- in which CCG was represented throughout by competent counsel.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of May, 2006 at Mexico City, Mexico.

John E. Rogers

DECL. OF JOHN ROGERS IN SUPPORT OF REPLY TO OPPOSITION
TO MOTION FOR PARTIAL SUMMARY JUDGMENT - 3

Case No. 2:05-CV-01045-JCC
119990.0001/1294751.1

LANE POWELL PC
1420 5TH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2006, I caused the foregoing **Declaration of John E. Rogers in Support of Reply to Opposition to Motion for Partial Summary Judgment** to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Scott A.W. Johnson
scott.johnson@stokeslaw.com

Karolyn Ann Hicks
kah@stokeslaw.com

☐ mailed by first class United States mail, postage prepaid, to the following non-CM/ECF participants:

☐ hand delivered to the following non-CM/ECF participants:

☐ e-mailed and mailed by first class United States mail, postage prepaid, to the following non-CM/ECF participants:

☐ faxed and mailed by first class United States mail, postage prepaid, to the following non-CM/ECF participants:

/s/Leah Burrus
Leah Burrus

DECL. OF JOHN ROGERS IN SUPPORT OF REPLY TO OPPOSITION
TO MOTION FOR PARTIAL SUMMARY JUDGMENT - 4

Case No. 2:05-CV-01045-JCC
119990.0001/1294751.1

LANE POWELL PC
1420 5TH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
(206) 223-7000